AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Federal Trade Commission

V.

Warner Chilcott Holdings Company III, LTD.,
Warner Chilcott Corporation,
Warner Chilcott (US) Inc.,
Galen (Chemicals), LTD., and
Barr Pharmaceuticals, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV02179

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Antitrust

DATE STAMP: 11/07/2005

TO: (Name and address of Defendant)

Warner Chilcott (US) Inc.
100 Enterprise Drive
Rockaway, New Jersey  07866

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARKUS MEIER
FEDERAL TRADE COMMISSION
601 NEW JERSEY AVENUE, NW RM 7217
WASHINGTON, DC 20001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    NOV 07 2005

CLERK                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 11/10/05 |
| NAME OF SERVER *(PRINT)* Thomas H Brock | TITLE FTC v. Warner Holdings et al 1:05-cv-2179-CCK |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By stipulation defendant Warner Chilcott (U.S.) Inc. was served by delivering the summons and complaint to Charles E. Koob Esq. 425 Lexington Ave, New York, New York 10017-3954 via overnight mail and via email

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/10/05
                    Date

Signature of Server: Thomas H Brock

Address of Server:
Federal Trade Commission
600 Pennsylvania Ave. NW
Washington DC  20580

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.