AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Federal Trade Commission

**SUMMONS IN A CIVIL CASE**

V.

Warner Chilcott Holdings Company III, LTD.,
Warner Chilcott Corporation,
Warner Chilcott (US) Inc.,
Galen (Chemicals), LTD., and
Barr Pharmaceuticals, Inc.

CASE NUMBER  1:05CV02179

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Antitrust

DATE STAMP: 11/07/2005

CAS]

TO: (Name and address of Defendant)

Barr Pharmaceuticals, Inc.
2 Quaker Road, P.O. Box 2900
Pomona, N.Y. 10970-0519

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARKUS MEIER
FEDERAL TRADE COMMISSION
601 NEW JERSEY AVENUE, NW  RM 7217
WASHINGTON DC 20001

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

NOV 07 2005

CLERK                                         DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/10/05 |
| NAME OF SERVER (PRINT) THOMAS H. BROCK | TITLE FTC v. Warner Holdings et al. 1:05-cv-2179-CCK |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): By stipulation, defendant Barr Laboratories, Inc. was served by delivering the summons and complaint to Mark L. Kovner, Kirkland & Ellis, 655 15th St., N.W. Washington DC, attorney for Barr Laboratories Inc and by sending a copy to Mr. Kovner via email

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL — | SERVICES — | TOTAL — |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/10/05
              Date

Signature of Server: Thomas H. Brock

Address of Server:
Federal Trade Commission
600 Pennsylvania Ave. NW
Washington DC 20580

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.