UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>    600 Pennsylvania Avenue, N.W.<br>    Washington, D.C. 20580<br><br>            Plaintiff,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD.<br>    100 Enterprise Drive<br>    Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT CORPORATION<br>    100 Enterprise Drive<br>    Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT (US) INC.<br>    100 Enterprise Drive<br>    Rockaway, N.J. 07866-2129<br><br>GALEN (CHEMICALS) LTD.<br>    Unit 4 Burton Hall Pk.<br>    Sandyford Industrial Estate<br>    Foxrock, Ireland<br><br>and<br><br>BARR PHARMACEUTICALS, INC.<br>    2 Quaker Road, P.O. Box 2900<br>    Pomona, N.Y. 10970-0519<br><br>            Defendants. | Civil Action No. 1:05CV02179 CKK |

## STIPULATION ON SCHEDULING

Plaintiff Federal Trade Commission and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Galen (Chemicals) Ltd., and

Barr Pharmaceuticals, Inc. have jointly agreed and hereby stipulate to the following schedule and respectfully request that the Court enter the [Proposed] Order reflecting the parties' agreement:

1. An amended complaint will be served electronically on defendants by December 2, 2005.

2. Answers to the amended complaint will be due by December 19, 2005.

3. Alternatively, if defendants choose to otherwise respond, the motions and initial briefs will be due by January 9, 2006, with the responses due by February 6, 2006 and any replies due by February 20, 2006.

Dated: November 28, 2005

Respectfully submitted,

_____
Markus H. Meier (D.C. Bar # 459715)
Bradley S. Albert
Thomas H. Brock (D.C. Bar # 939207)
FEDERAL TRADE COMMISSION
601 New Jersey Avenue, N.W.
Washington, DC 20580
(202) 326-2812

_____
Kevin J. Arquit (D.C. Bar # 438511)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Galen (Chemicals) Ltd.*

_____
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
Marimichael Skubel (D.C. Bar # 294934)
Edwin J. U (D.C. Bar # 464526)
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| FEDERAL TRADE COMMISSION )<br>    600 Pennsylvania Avenue, N.W. )<br>    Washington, D.C. 20580 )<br>                                                )<br>                            Plaintiff, )<br>                                                )<br>        v.                                )  Civil Action No. 1:05CV02179 CKK<br>                                                )<br>WARNER CHILCOTT HOLDINGS )<br>COMPANY III, LTD. )<br>    100 Enterprise Drive )<br>    Rockaway, N.J. 07866-2129 )<br>                                                )<br>WARNER CHILCOTT CORPORATION )<br>    100 Enterprise Drive )<br>    Rockaway, N.J. 07866-2129 )<br>                                                )<br>WARNER CHILCOTT (US) INC. )<br>    100 Enterprise Drive )<br>    Rockaway, N.J. 07866-2129 )<br>                                                )<br>GALEN (CHEMICALS) LTD. )<br>    Unit 4 Burton Hall Pk. )<br>    Sandyford Industrial Estate )<br>    Foxrock, Ireland )<br>                                                )<br>and )<br>                                                )<br>BARR PHARMACEUTICALS, INC. )<br>    2 Quaker Road, P.O. Box 2900 )<br>    Pomona, N.Y. 10970-0519 )<br>                                                )<br>                            Defendants. )<br>                                                ) | |

## [PROPOSED] ORDER

Having considered the stipulation of the parties in the above-captioned matter relating to proposed dates for the service and filing of an amended complaint and responses, the Court hereby ORDERS that:

1.   An amended complaint will be served electronically by Plaintiff on Defendants by December 2, 2005.

2.   Answers to the amended complaint will be due by December 19, 2005.

3.   Alternatively, if Defendants choose to otherwise respond, the motions and initial briefs will be due by January 9, 2006, with the responses due by February 6, 2006 and any replies due by February 20, 2006.

SO ORDERED this ___ day of _____ 2005.

                                                               JUDGE COLLEEN KOLLAR-KOTELLY
                                                               UNITED STATES DISTRICT JUDGE