UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------ x
FEDERAL TRADE COMMISSION,   :
    Plaintiff   :
       :
v.   :   Civil Action No: 1:05CV02179 (CKK)
       :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY   :
III, LTD., *et al.*,   :
    Defendants.   :
------------------------------------------------ x

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd., for the admission *pro hac vice* of Charles E. Koob is, this the ____ day of _____, 2005, hereby granted.

                                                                                 _____
                                                                                 Hon. Colleen Kollar-Kotelly
                                                                                 United States District Judge