UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------- x
FEDERAL TRADE COMMISSION,                               :
    Plaintiff                                        :
                                                      :
v.                                                      :   Civil Action No: 1:05CV02179 (CKK)
WARNER CHILCOTT HOLDINGS COMPANY                        :   Judge Colleen Kollar-Kotelly
III, LTD., *et al.*,                                    :
    Defendants.                                      :
------------------------------------------------------- x

## MOTION OF DEFENDANTS
## FOR ADMISSION *PRO HAC VICE*

    Pursuant to LCvR 83.2 and the attached declaration, Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd. (collectively "Defendants") move for the admission of Annette C. Rizzi of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in this action. Ms. Rizzi is a member in good standing of the following bars: the State of New York and the State of Connecticut. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Ms. Rizzi should this Motion be granted.

November 29, 2005                     Respectfully submitted,


                              By:     /s/
                                      _____
                                      Kevin J. Arquit, #438511
                                      SIMPSON THACHER & BARTLETT LLP
                                      425 Lexington Avenue
                                      New York, New York 10017
                                      (212) 455-2000

                                      *Counsel for Defendants*