UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

FEDERAL TRADE COMMISSION,

    Plaintiff

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,

    Defendants.

---

Civil Action No: 1:05CV02179 (CKK)

Judge Colleen Kollar-Kotelly

## DECLARATION OF ANNETTE C. RIZZI

I, Annette C. Rizzi, declare under penalty of perjury that the following is true and correct:

1.     I am an associate in the New York office of the law firm of Simpson Thacher & Bartlett LLP. My firm has been retained to represent Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd. (collectively "Defendants"), in the above-referenced matter.

2.     I am admitted to practice in, and am a member in good standing of the following bars: the State of New York and the State of Connecticut.

3.     I have not been disciplined by any bar.

4.     I have never been admitted *pro hac vice* in this Court.

5.     I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

6.     I will act as co-counsel for Defendants with Kevin J. Arquit, #438511, a partner in the New York office of Simpson Thacher & Bartlett, who is a member in good standing of the bar of this Court.

Executed: November 29, 2005

/s/
ANNETTE C. RIZZI