UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

FEDERAL TRADE COMMISSION,

    Plaintiff

v.

WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., et al.,

    Defendants.

---

Civil Action No: 1:05CV02179 (CKK)
Judge Colleen Kollar-Kotelly

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd., for the admission *pro hac vice* of Annette C. Rizzi is, this the ____ day of _____, 2005, hereby granted.

                                                  _____
                                                Hon. Colleen Kollar-Kotelly
                                                United States District Judge