UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
FEDERAL TRADE COMMISSION,  :

    Plaintiff  :

v.  :   Civil Action No: 1:05CV02179 (CKK)

WARNER CHILCOTT HOLDINGS COMPANY  :   Judge Colleen Kollar-Kotelly
III, LTD., *et al.*,  :

    Defendants.  :

---------------------------------------------------------- x

## MOTION OF DEFENDANTS
## FOR ADMISSION *PRO HAC VICE*

        Pursuant to LCvR 83.2 and the attached declaration, Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd. (collectively "Defendants") move for the admission of Brandi Katz Rubin of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in this action. Ms. Rubin is a member in good standing of the following bars: the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Ms. Rubin should this Motion be granted.

November 29, 2005                              Respectfully submitted,

                              By:   /s/
                                          Kevin J. Arquit, #438511
                                          SIMPSON THACHER & BARTLETT LLP
                                          425 Lexington Avenue
                                          New York, New York 10017
                                          (212) 455-2000

                                          *Counsel for Defendants*