UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | : |
| Plaintiff | : |
| v. | : Civil Action No: 1:05CV02179 (CKK) |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | : Judge Colleen Kollar-Kotelly |
| Defendants. | : |

## ORDER REGARDING ATTORNEY ADMISSION

The motion of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Galen (Chemicals) Ltd., for the admission *pro hac vice* of Brandi Katz Rubin is, this the ____ day of _____, 2005, hereby granted.

_____
Hon. Colleen Kollar-Kotelly
United States District Judge