UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT CORPORATION<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT (US) INC.<br>100 Enterprise Drive<br>Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT COMPANY, INC.<br>Union Street, Km. 1.1<br>Fajardo, Puerto Rico 00738<br><br>and<br><br>BARR PHARMACEUTICALS, INC.<br>2 Quaker Road, P.O. Box 2900<br>Pomona, N.Y. 10970-0519<br><br>    Defendants | Civil Action No: 1:05CV02179 (CKK)<br>Judge Colleen Kollar-Kotelly |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (collectively "Defendants"), certifies as follows:

    Defendant Warner Chilcott Company, Inc. is a subsidiary of Warner Chilcott Holdings Company III, Limited; no publicly-held corporation owns more than 10% of its stock.

    Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel certifies that there are no parent companies,

subsidiaries or affiliates of Warner Chilcott Company, Inc. which have any outstanding securities in the hands of the public.

    These representations are made in order that judges of this Court may determine the need for recusal.

December 9, 2005                            Respectfully submitted,

By:    _____
      Kevin J. Arquit, #438511
      Charles E. Koob, *pro hac vice* pending
      SIMPSON THACHER & BARTLETT LLP
      425 Lexington Avenue
      New York, New York 10017
      (212) 455-2000

*Counsel for Defendants*