UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
---------------------------------------------------  x
FEDERAL TRADE COMMISSION,                            :
                                                     :
        Plaintiff                                    :
                                                     :
v.                                                   :   Civil Action No: 1:05CV02179 (CKK)
                                                     :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                     :
III, LTD.                                            :
100 Enterprise Drive                                 :
Rockaway, N.J. 07866-2129                            :
                                                     :
WARNER CHILCOTT CORPORATION                          :
100 Enterprise Drive                                 :
Rockaway, N.J. 07866-2129                            :
                                                     :
WARNER CHILCOTT (US) INC.                            :
100 Enterprise Drive                                 :
Rockaway, N.J. 07866-2129                            :
                                                     :
WARNER CHILCOTT COMPANY, INC.                        :
Union Street, Km. 1.1                                :
Fajardo, Puerto Rico 00738                           :
                                                     :
and                                                  :
BARR PHARMACEUTICALS, INC.                           :
2 Quaker Road, P.O. Box 2900                         :
Pomona, N.Y. 10970-0519                              :
                                                     :
        Defendants                                   x
---------------------------------------------------
```

**ENTRY OF APPEARANCE (LCvR 83.6(a))**

Pursuant to LCvR 83.6(a), Kevin J. Arquit hereby gives notice of his entry of appearance on behalf of Defendant Warner Chilcott Company, Inc.

December 9, 2005

                                                      Respectfully submitted,

By:   /s/ _____

Kevin J. Arquit, #438511
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Counsel for Defendants*