AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Federal Trade Commission

**SUMMONS IN A CIVIL CASE**

V.

Warner Chilcott Holdings Company III, LTD.
Warner Chilcott Corporation
Warner Chilcott (US) INC.
Warner Chilcott Company, INC.
Barr Pharmaceuticals, INC.

CASE NUMBER: 1:05CV02179 CKK

TO: (Name and address of Defendant)

Warner Chilcott Company, Inc.
Union Street, Km. 1.1
Fajardo, Puerto Rico 00738

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Markus Meier
Federal Trade Commission
601 New Jersey Avenue NW, Rm 7209
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

DEC 12 2005

CLERK

T. Daius

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 12/16/05 |
| NAME OF SERVER (PRINT) Thomas H Brock | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Pursuant to stipulation, This is delivered to Charles Koob, attorney for Warner Chilcott Company Inc.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/16/05
            Date

Signature of Server: Thomas H Brock

Address of Server: Federal Trade Commission
600 Pennsylvania Ave. NW.
Washington DC 20580

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.