## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FTC** | |
| Plaintiff(s), | |
| vs. | Civil Case No: **05-2179 CKK** |
| **Warner Chilcott Holdings, et al.,** | |
| Defendant(s). | |

## NOTICE REGARDING BULKY SUBMISSION

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that a submission by attorney Gregory H. Matthews regarding Plaintiffs' response to defendants' joint motion to transfer... recently filed before the Judicial Panel on Multidistrict Litigation has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** 12/27/05