IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>                                              Plaintiff,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al.<br><br>                                            Defendants. | Civil Action No. 1:05-CV-02179-CKK |

**FEDERAL TRADE COMMISSION'S MOTION FOR LEAVE
TO FILE A SURREPLY IN OPPOSITION TO
DEFENDANTS' JOINT MOTION TO CONSOLIDATE**

       The Federal Trade Commission respectively moves for leave to file the enclosed surreply in opposition to Defendants' Joint Motion to Consolidate. In its reply brief, defendants claimed for the first time that this antitrust enforcement action is not brought by the "United States" because the plaintiff is the FTC, rather than the Department of Justice. Defs.' Reply at 3. The Commission submits this surreply to correct defendants' unexpected and mistaken assertion.

                                                                                     Respectfully submitted,

| | |
|---|---|
| |                /s/ |
| WILLIAM BLUMENTHAL<br>(D.C. Bar #339283)<br>General Counsel | MARKUS H. MEIER (D.C. Bar # 459715)<br>BRADLEY S. ALBERT<br>THOMAS H. BROCK (D.C. Bar # 939207)<br>(202) 326-2813 |
| JOHN A. SINGER (D.C. Bar # 411894)<br>Attorney<br>Office of the General Counsel<br>Federal Trade Commission | Attorneys for Plaintiff<br>Bureau of Competition<br>Federal Trade Commission<br>600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20580<br>Telephone: (202) 326-3759<br>Facsimile:  (202) 326-3384 |

Dated: January 30, 2006