UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
FEDERAL TRADE COMMISSION,                                  :
    Plaintiff,                                             :
                                                           :
v.                                                         :  Civil Action No: 1:05CV02179 (CKK)
                                                           :  Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                           :
III, LTD., *et al.*,                                       :
    Defendants.                                            :
---------------------------------------------------------- x

## SUPPLEMENTAL *PRO HAC VICE* DECLARATION OF ANNETTE C. RIZZI

Per the Court's Order of February 1, 2006, I, Annette C. Rizzi, declare under penalty of perjury that the following is true and correct:

1.    I am an associate in the New York office of the law firm of Simpson Thacher & Bartlett LLP. My firm has been retained to represent Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (collectively "Defendants"), in the above-referenced matter.

2.    My office address is 425 Lexington Avenue, New York, NY 10017, and my office telephone number is 212-455-2000.

3.    I am admitted to practice in, and am a member in good standing of the following bars: the State of New York, the State of Connecticut, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

4.    I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, and do not have an application for membership in the District of Columbia bar pending.

5.	I am familiar with the Local Rules of the United States District Court for the District of Columbia.

6.	Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Defendants and will also facilitate the efficient litigation of this matter.

7.	I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Defendants in this matter.

Executed:  March 10, 2006

/s/ Annette C. Rizzi
ANNETTE C. RIZZI