**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
-------------------------------------------------------   x
FEDERAL TRADE COMMISSION,                                 :
                                                          :
        Plaintiff,                                        :
                                                          :
 v.                                                       :   Civil Action No: 1:05CV02179 (CKK)
                                                          :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                          :
III, LTD., et al.,                                        :
                                                          :
        Defendants.                                       :
-------------------------------------------------------   x
```

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Peter C. Thomas hereby gives notice of his entry of

appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner

Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.

July 25, 2006                                     Respectfully submitted,


                          By:     /s/ Peter C. Thomas
                                  Peter C. Thomas, D.C. Bar # 495928
                                  SIMPSON THACHER & BARTLETT LLP
                                  555 11th Street, N.W.
                                  Suite 725
                                  Washington, D.C.  20004
                                  (202) 220-7700

                                  *Counsel for Defendants*