UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------ x
FEDERAL TRADE COMMISSION,                              :
                                                       :
        Plaintiff,                                     :
                                                       :
v.                                                     :   Civil Action No: 1:05CV02179 (CKK)
                                                       :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                       :
III, LTD., et al.,                                     :
                                                       :
        Defendants.                                    :
                                                       :
------------------------------------------------------ x
```

## ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Andrew M. Lacy hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.

July 25, 2006                                  Respectfully submitted,

                                     By:    /s/ Andrew M. Lacy
                                              Andrew M. Lacy, D.C. Bar # 496644
                                              SIMPSON THACHER & BARTLETT LLP
                                              555 11th Street, N.W.
                                              Suite 725
                                              Washington, D.C.  20004
                                              (202) 220-7700

                                              *Counsel for Defendants*