# EXHIBIT C

# KIRKLAND & ELLIS LLP

#### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

To Call Writer Directly:
202 879-5096
kwalker@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200
Dir. Fax: 202 879-5200

June 29, 2006

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
Room 360
600 Pennsylvania Avenue, N.W.
Washington, DC 20580

Re:    *Federal Trade Commission, et al., v. Warner Chilcott Holdings Company III, Ltd., et al.*, Civ. Action Nos. 1:05-cv-2179-CKK, 1:05-cv-2182-CKK

Dear Tom:

Thank you for your letter of today regarding the scope of Barr's search for documents on products other than Ovcon. As an initial matter, I completely disagree that Barr has been "unwilling to withdraw" its "Ovcon-only" objection. In fact, my letter specifically stated we would withdraw the global objection and attempted to propose a compromise on other products that might be acceptable.

I also completely disagree that we have "reached an impasse" on the issue. After discussing this issue with you on Thursday, we consulted with our client and proposed an alternative that sought to compromise between your request for information on other contraceptive products and our burden objection. We also invited you to propose an alternative if our specific proposal was not acceptable.

You indicate in your letter that Barr's proposal — which attempted to identify and include specific and significant contraceptive products we in good faith believed would be of interest to the Government Plaintiffs — is not acceptable. You state that the need for documents on other contraceptive products relates to the issue of "interchangeability" of other contraceptive products. Barr is willing to work with you define an appropriate scope of such documents. However, it is simply unreasonable to require Barr to search for and produce every single document in the company relating to the approximately 22 contraceptive products Barr markets.

In light of your comments and our good faith desire to reach a compromise, Barr is willing to search for and produce documents on all other contraceptive products relating to substitutability with other products. This would accommodate both sides in terms of relevancy and burden.

Chicago        London        Los Angeles        Munich        New York        San Francisco

June 29, 2006
Page 2


     Finally, I have deposition dates for the Barr witnesses I mentioned in my last letter. Mr. Sawyer can be available September 11-12 at the offices of Kirkland & Ellis LLP. Mr. Catlett can be available August 14-15, Mr. Bogda can be available September 18-19, and Mr. Bisaro can be available September 25-26, all in Woodcliff Lake, New Jersey (the location of Barr's headquarters). We will provide you with specific addresses shortly.

Sincerely,

/s/ Karen Walker

Karen N. Walker