# EXHIBIT D



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
Room 360
600 Pennsylvania Ave., N.W.
Washington, DC 20580

Direct Line (202) 326-2813
E-mail: TBrock@ftc.gov

June 29, 2006

**VIA E-MAIL AND WEBSITE SERVICE**

Karen N. Walker, Esq.
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005

    Re:    Federal Trade Commission, *et al.*, v. Warner Chilcott Holdings Company III, Ltd., *et al.*, Civil Action Nos. 1:05-cv-2179-CKK, 1:05-cv-2182-CKK (D.D.C.)

Dear Karen:

    I received your letter dated June 27, 2006. While I need to review your letter in its entirety, it is necessary for us to immediately address your fourth point regarding the scope of the FTC's document request relating to Barr's products other than Ovcon.

    We will agree to forego the production of documents about Barr's noncontraceptive products. (*See* Request 26).

    We will not, however, agree to limit our requests to the extent they seek documents relating to Barr's contraceptive products. Defendants have repeatedly taken the position, throughout the investigation and in the litigation, that their agreement to delay entry of Barr's generic version of Ovcon did not harm consumers because all contraceptive products are "virtually identical" and "directly interchangeable." *See* Defendants' Joint Memorandum in Opposition to Plaintiff-States' Motion for Leave to File Per Se Motion for Summary Judgment ("Ovcon is one of 65 branded and generic combined hormonal contraceptive products in the marketplace today, all of which . . are virtually identical and equally effective."). Since

Karen N. Walker, Esq.
June 29, 2006
Page 2

defendants have directly put at issue the substitutability of each of Barr's other contraceptive products, we are entitled to, and require, discovery about each of Barr's other contraceptives. Therefore, we do not accept your proposal to limit the document production in response to our Request Nos. 13, 26, and 32-34 to only a sample of these products, or to "summary transactional information."

However, although we believe that all our requests for documents relating to Barr's other contraceptive products are reasonable, we are prepared to consider specific suggestions you have to limit the scope of Requests 35 (pricing information) and 36 (generic substitution forecasts).

Since you have been unwilling to withdraw your "Ovcon-only" objection and the alternatives you have proposed would unduly restrict our access to relevant documents, we have reached an impasse to the extent you have sought to exclude from your production documents relating to Barr's other contraceptive products.

Please call me if you have any questions.

Sincerely,

/s/

Thomas H. Brock

cc:     Contact Attorneys (via website service)