UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

------------------------------------------------------- x
FEDERAL TRADE COMMISSION,                               :
    Plaintiff,                      :
  v.                                          :
WARNER CHILCOTT HOLDINGS COMPANY                        :  Civil Action No: 1:05CV02179 (CKK)
III, LTD., *et al.*,                                   :  Judge Colleen Kollar-Kotelly
    Defendants.                     :
------------------------------------------------------- x

------------------------------------------------------- x
STATE OF COLORADO, *et al.*,                            :
    Plaintiffs,                     :
  v.                                          :
WARNER CHILCOTT HOLDINGS COMPANY                        :  Civil Action No: 1:05CV02182 (CKK)
III, LTD., *et al.*,                                   :  Judge Colleen Kollar-Kotelly
    Defendants.                     :
------------------------------------------------------- x

------------------------------------------------------- x
MEIJER, INC., *et al.*,                                 :
    Plaintiffs,                     :
  v.                                          :
WARNER CHILCOTT HOLDINGS COMPANY                        :  Civil Action No: 1:05CV02195 (CKK)
III, LTD., *et al.*,                                   :  Judge Colleen Kollar-Kotelly
    Defendants.                     :
------------------------------------------------------- x

```
------------------------------------------------------ x
VISTA HEALTHPLAN, INC., et al.,                        :
                                                       :
        Plaintiffs,                                    :
                                                       :
v.                                                     :   Civil Action No: 1:05CV02327 (CKK)
                                                       :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                       :
III, LTD., et al.,                                     :
                                                       :
        Defendants.                                    :
------------------------------------------------------ x


------------------------------------------------------ x
STEPHANIE COHEN, et al.,                               :
                                                       :
        Plaintiffs,                                    :
                                                       :
v.                                                     :   Civil Action No: 1:06CV00401 (CKK)
                                                       :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT PUBLIC LIMITED                         :
COMPANY, et al.,                                       :
                                                       :
        Defendants.                                    :
------------------------------------------------------ x


------------------------------------------------------ x
WALGREEN CO., et al.,                                  :
                                                       :
        Plaintiffs,                                    :
                                                       :
v.                                                     :   Civil Action No: 1:06CV00494 (CKK)
                                                       :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                       :
III, LTD., et al.,                                     :
                                                       :
        Defendants.                                    :
------------------------------------------------------ x
```

```
------------------------------------------------------- x
CVS PHARMACY, INC., et al.,                             :
                                                        :
        Plaintiffs,                                     :
                                                        :
v.                                                      :   Civil Action No: 1:06CV00795 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
        Defendants.                                     :
                                                        :
------------------------------------------------------- x
```

## MOTION OF DEFENDANTS
## FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Warner Chilcott Public Limited Company, and Galen (Chemicals) Ltd. (collectively "Defendants") move for the admission of Francisco J. Navarro of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in these actions. Mr. Navarro is a member in good standing of the following bars: the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the District of Massachusetts, the State of New York, and the Commonwealth of Massachusetts. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Navarro should this Motion be granted.

|  |  |
|---|---|
| August 1, 2006 | Respectfully submitted, |

By:    /s/ Peter C. Thomas

Peter C. Thomas, D.C. Bar # 495928
SIMPSON THACHER & BARTLETT LLP
555 11th Street, N.W.
Suite 725
Washington, D.C. 20004
(202) 220-7700

*Counsel for Defendants*