# EXHIBIT D

**Brock, Thomas H.**

| | |
|---|---|
| **From:** | Brock, Thomas H. |
| **Sent:** | Tuesday, August 01, 2006 2:04 PM |
| **To:** | 'Karen Walker' |
| **Subject:** | Barr Document Production |

Karen -

I received the hard drive with the first document production from Barr.

While it contains Documents Nos. 1 through 21602 (Barr-Ovcon pages 1 through 265325), we have not located a designation either of the document request to which the document is responsive or of the custodian of the document.

Please provide me with instructions how to obtain that information from the hard drive as produced or provide us the designations if they were not included on the hard drive. If it will facilitate matters, I can set up a conference call with our IT people.

Thanks.

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
Room 360
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580

202/326/2813