# EXHIBIT E

**Brock, Thomas H.**

---

| | |
|---|---|
| From: | Karen Walker [kwalker@kirkland.com] |
| Sent: | Tuesday, August 01, 2006 4:18 PM |
| To: | Brock, Thomas H. |
| Subject: | Re: Barr Document Production |

No such information is contained on the hard drive.
Just the documents.

The documents respond to many overlapping requests and
especially in an effort to get the documents out
quickly we did not log which requests each document
responded to -- rather we produced broadly documents
that related to Ovcon or other OC's.

Nor did we log any custodians, which would not have
been possible for the most part anyway since many
documents were produced as maintained in the ordinary
course from central files and servers.

KNW


"Brock,
Thomas
H."                            To
<TBROCK@f        "Karen Walker"
tc.gov>         <kwalker@kirkland.com>
                              cc
08/01/200
6 02:03                    Subject
PM              Barr Document
                Production


Karen -

I received the hard drive with the first document
production from Barr.

While it contains Documents Nos. 1 through 21602
(Barr-Ovcon pages 1
through 265325), we have not located a designation
either of the
document request to which the document is responsive or
of the custodian
of the document.

Please provide me with instructions how to obtain that
information from

1

the hard drive as produced or provide us the designations if they were
not included on the hard drive. If it will facilitate matters, I can
set up a conference call with our IT people.

Thanks.

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
Room 360
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580

202/326/2813

************************************************************

The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************

2