# EXHIBIT G

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Karen N. Walker
To Call Writer Directly:
202 879-5096
kwalker@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

August 8, 2006

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
Room 360
600 Pennsylvania Avenue, N.W.
Washington, DC    20580

Re:    *Ovcon Antitrust Litigation*

Dear Tom:

I have discussed the issues raised in your letter and our phone conference on Friday with others working on the Barr document production. We are willing to provide you with an index of the documents produced. However, because such an index was not prepared contemporaneously with the collection and production process, it will be very labor-intensive and time-consuming. We are looking into the issue to get a more specific estimate, but believe it would take a few weeks to index the production completely.

Sincerely,

Karen N. Walker

cc: Contact Attorneys Via DealRoom

Chicago          London          Los Angeles          New York          San Francisco