# EXHIBIT C

1

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

WALGREEN CO., et al.,            :    CV No. 06-494(CKK)
            Plaintiffs,          :    April 4, 2006
V                                :
WARNER CHILCOTT HOLDINGS         :    10:30 a.m.
COMPANY, III, LTD., et al.       :
            Defendants.          :    Washington, DC
.................................
STEPHANIE COHEN, et al.,         :    CV No. 06-401(CKK)
            Plaintiffs,          :    April 4, 2006
V                                :
WARNER CHILCOTT PUBLIC           :    10:30 a.m.
LIMITED COMPANY, et al.          :
            Defendants.          :    Washington, DC
.................................
SAJ DISTRIBUTORS, INC.           :
et al.,                          :    CV No. 05-2459(CKK)
            Plaintiffs,          :    April 4, 2006
V                                :
WARNER CHILCOTT HOLDINGS         :    10:30 a.m.
COMPANY, III, LTD., et al.       :
            Defendants.          :    Washington, DC
.................................
AMERICAN SALES COMPANY, INC      :    CV No. 05-2335(CKK)
            Plaintiffs,          :    April 4, 2006
V                                :
WARNER CHILCOTT HOLDINGS         :    10:30 a.m.
COMPANY, III, LTD., et al.       :
            Defendants.          :    Washington, DC
.................................
VISTA HEALTHPLAN, INC.,          :
et al.,                          :    CV No. 04-2327(CKK)
            Plaintiffs,          :    April 4, 2006
V                                :
WARNER CHILCOTT HOLDINGS         :    10:30 a.m.
COMPANY, III, LTD., et al.       :
            Defendants.          :    Washington, DC
.................................

              TRANSCRIPT OF INITIAL STATUS CONFERENCE
            BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
                  UNITED STATES DISTRICT COURT JUDGE
```

1   court does.

2            It seems to me there is a difference, though, I see
3   between the government plaintiffs where it's a liability issue
4   and the private plaintiffs have a whole series of additional
11:13:39 5   issues besides class and damages. I mean, they have, I think,
6   some additional areas that the FTC isn't going to necessarily
7   do.

8            One question -- and I can hear from the FTC. I don't
9   know how much volume there is in terms of -- as part of your
11:13:56 10  investigation, whether you've done depositions or statements,
11  because I know sometimes the FTC does it through statement and
12  not deposition.

13           MR. MEIER: Markus Meier for the FTC.

14           We don't have any witness statements. There have been
11:14:09 15  some what we call investigational hearings, which are basically
16  depositions done in the investigation phase of a couple third
17  parties. I think it adds up to about five investigational
18  hearings. And, of course, once the protective order is in place
19  and we've had an opportunity to notify those parties, we will
11:14:24 20  turn those materials over to the defendants.

21           THE COURT: All right. So what's your -- I mean, he
22  wants April of '07. What's your view?

23           MR. MEIER: As Your Honor observed, that's exactly the
24  same date that they put down for the plaintiffs' case.

11:14:37 25           Our view is we could close discovery much earlier than

1  that, and even now I believe we can stay fairly close to the
2  schedule that we had set out in our papers.
3           THE COURT: You had originally filed this -- I'm trying
4  to look. What did you view -- without my having to look at the
11:14:54 5  dates, since I have quite a bit of volume here -- how many
6  months had you originally proposed, months of discovery?
7  Keeping in mind you filed this before you were coming in, so
8  obviously some months have been lost in here.
9           MR. MEIER: That's correct, Your Honor. I believe at
11:15:10 10  the time that we did that, we looked at about seven months.
11           THE COURT: All right. Let me hear from the private
12  plaintiffs in terms of getting some sense from them as to what
13  they see in terms of their grouping and the length of time for
14  discovery. I don't know whether you have uniform views or not.
11:15:35 15           MS. NUSSBAUM: Your Honor, I can speak for the direct
16  purchaser plaintiffs. And we have had some discussions with the
17  other two plaintiffs' groups.
18           First, Your Honor, with respect to a contact firm for
19  the court, which was raised earlier, the proposed order
11:15:50 20  establishing the executive committee that we've submitted does
21  provide that Cohen, Milstein, Stein, Hausfeld & Toll would be
22  the contact for the court and for the court's convenience.
23           And with respect to the docketing issues raised by
24  Ms. Walker and that we were going to raise with the court, we
11:16:08 25  would propose that the six direct purchaser cases be

1  away on that.

2          With respect to the FTC schedule, and we understand
3  what Your Honor is saying, that they are separate and they go
4  first. But I do think what we do with the privates needs to be
11:26:09  5  determined after we find out what we're doing with the FTC, and
6  we simply think September 1st with the FTC is not feasible.

7          We don't have anything yet in terms of the two-year
8  investigational file that the FTC. We don't have any of those
9  documents yet. It's April. September 1 just to us seems --

11:26:29  10         THE COURT: Give me another date. I assume they are
11 going to produce them very quickly. You should leave here and
12 you should -- those materials should be passed over.

13         MS. WALKER: I would hope so, too. We would anticipate
14 proposing the entities that are on the FTC's initial
11:26:46  15 disclosures. They indicated they wish to depose --

16         THE COURT: Give me a date.

17         MS. WALKER: -- defendants.

18         We thought a year from now was reasonable, but we would
19 certainly -- I think we would need to get through the summer, do
11:27:00  20 the deps, and end of the calendar year maybe would be more
21 realistic.

22         THE COURT: So you would be proposing sometime in
23 December of '06?

24         MS. WALKER: I can speak for Barr.

11:27:15  25         THE COURT: I understand. And then the private

1    We have about 40 boxes of documents, but almost all of
2    that comes from Warner Chilcott and from Barr.
3        I'm at a loss right now to know exactly how many boxes
4    of third-party materials there are. I'm getting a signal from
5    the back of the courtroom of eight boxes of third-party
6    materials. And was I correct that there were five
7    investigational hearings? Four investigational hearings of
8    third parties.
9        THE COURT: How many third parties, roughly? Part of
10   the boxes, I take it, is material you've already received from
11   the defendants.
12       MR. MEIER: Right. Of the 40 boxes, about 30 plus
13   boxes are from the defendants. Eight boxes are from third
14   parties. And, in addition to that, there were four
15   investigational hearings which are essentially deposition
16   transcripts of four third parties, and there were actually two
17   third parties, two witnesses each.
18       THE COURT: So you're only talking about eight
19   depositions? Did I miss something here?
20       You had four hearings; right? How many third parties
21   in terms of witnesses at the hearings?
22       MR. MEIER: In the hearings that we took during the
23   investigational phase, there were four investigational hearings
24   of third parties. That's four witnesses. They were each from
25   two companies. That is to say, two from one company and two

```
12:06:01
```

1  as your case management proposals for the government plaintiffs
2  and the private plaintiffs.
3          And then we've set December 22nd, '06 as the outside
4  date for discovery, and March 2nd of '07 for the private
5  plaintiffs.
6          And we've just set -- I'll do something with the master
7  file.
8          And government's status at 10:00 o'clock on January 5th
9  of '07.
10         Plaintiffs party status March 9th of '07 at 10:00
11 o'clock.
12         All right.  I don't have anything else here.  If you
13 want to stay and have some further discussion, be my guest,
14 since you're all here.  If you can work some things out, go
15 ahead and do so.
16         All right.  Parties are excused.
17         MS. WALKER:  Thank you, Your Honor.
18     **(Proceedings concluded at 12:06 p.m.)**
19                         CERTIFICATE
20     I, EDWARD N. HAWKINS, Official Court Reporter, certify
21 that the foregoing pages are a correct transcript from the
22 record of proceedings in the above-entitled matter.
23
24     _____
25                    Edward N. Hawkins, RMR