AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission,
)
      Plaintiff(s)    )   **APPEARANCE**
)
)
      vs.    )   CASE NUMBER   1:05-cv-2179-CKK
Warner Chilcott Holdings Company III, Ltd., )
et al.,    )
      Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jonathan R. Lutinski__ as counsel in this
(Attorney's Name)

case for: __Federal Trade Commission__
(Name of party or parties)

08/31/06
Date

*(signature)*
Signature

Jonathan R. Lutinski
Print Name

BAR IDENTIFICATION

600 Pennsylvania Avenue, N.W.
Address

Washington, D.C.    20580
City   State   Zip Code

(202) 326-2679
Phone Number