A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission,

      Plaintiff(s)

vs.

Warner Chilcott Holdings Company III, Ltd., et al.,

      Defendant(s)

**APPEARANCE**

CASE NUMBER   1:05-cv-2179-CKK

To the Clerk of this court and all parties of record:

Please enter the appearance of  Garth W. Huston  as counsel in this
                                  (Attorney's Name)

case for:  Federal Trade Commission
                (Name of party or parties)

08/31/06
Date

BAR IDENTIFICATION

*[signature]*
Signature

Garth W. Huston
Print Name

600 Pennsylvania Avenue, N.W.
Address

Washington, D.C.     20580
City    State    Zip Code

(202) 326-3695
Phone Number