# EXHIBIT B

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Mark L. Kovner
To Call Writer Directly:
202 879-5129
mkovner@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200
Dir. Fax: 202 654-9613

July 1, 2004

*Via Courier*

Andrew S. Ginsburg
Federal Trade Commission
601 New Jersey Avenue NW
Room NJ-7151
Washington, DC 20001

**CONFIDENTIAL TREATMENT
REQUESTED**

Re:   FTC File No. 0410034

Dear Andrew:

In response to the March 30th Civil Investigative Demand issued to Barr Laboratories, Barr submits the enclosed privilege log.

This letter and the enclosed privilege log are designated confidential and are subject to the full confidentiality protections afforded by all applicable statutes and regulations. *See, e.g.,* 16 C.F.R. §§ 4.10-4.11.

Sincerely,

Mark L. Kovner

Enclosure
cc: Bradley Albert, Esq. (w/o enclosure)

Chicago          London          Los Angeles          New York          San Francisco

# Response to March 30, 2004 FTC CID, File No. 0410034
# Barr Laboratories, Inc. Privilege Log

| Document Date | No. of Pages (with attachments) | Author(s) | Addressee(s) | Other Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| 08/04/2003 | 1 | Mark L. Kovner* | (1) Fred Killion* | | Email providing legal advice concerning proposed Barr/Galen transactions. | Attorney-Client |
| 08/06/2003 | 2 | Mark L. Kovner* | Fred Killion* | (2) Fred Tanne* | Email providing legal advice concerning Galen's patent litigation. | Attorney-Client |
| 08/12/2003 | 1 | Mark L. Kovner* | Fred Killion* | | Email providing legal advice concerning proposed Barr/Galen transactions. | Attorney-Client |
| 08/19/2003 | 5 | Fred Killion* | Mark L. Kovner* | | Email seeking legal advice concerning proposed Barr/Galen agreements; draft term sheets. | Attorney-Client |
| 08/19/2003 | 3 | Fred Killion* | (4) Al Bristow* | (5) Randall Sundburg* | Email seeking legal advice regarding proposed Barr/Galen agreements, including, inter alia, the Ovcon license agreement. | Attorney-Client |

\* denotes attorney

| Document Date | No. of Pages (with attachments) | Author(s) | Addressee(s) | Other Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| 08/20/2003 | 1 | Al Bristow* | Fred Killion* | Randall Sundburg* | Email providing legal advice concerning the draft Barr/Galen Letter of Intent. | Attorney-Client |
| 08/20/2003 | 3 | Christine Mundkur | Fred Killion* | | Email providing information requested by counsel for the purpose of legal representation concerning proposed Barr/Galen agreements, including, inter alia, the Ovcon license. | Attorney-Client |
| 08/26/2003 | 5 | Fred Killion* | Al Bristow* | | Email reflecting legal advice and thoughts and mental impressions of counsel concerning the Barr/Galen Letter of Intent; draft letter agreements. | Attorney-Client |
| 08/27/2003 | 27 | Al Bristow* | Fred Killion* | Randall Sundburg* | Email providing legal advice concerning the Barr/Galen agreements including, inter alia, the Ovcon agreement; draft agreements. | Attorney-Client |
| 09/04/2003 | 1 | Anthony Bruno* Senior VP and General Counsel | Fred Killion* Izumi Hara* | | Email reflecting legal advice and containing legal analysis concerning the Barr/Galen Ovcon agreement. | Attorney-Client Joint Defense Work Product |

* denotes attorney

CONFIDENTIAL

| Document Date | No. of Pages (with attachments) | Author(s) | Addressee(s) | Other Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| Senior VP and General Counsel 09/11/2003 | 1 | Fred Killion* | Anthony Bruno* | | Email reflecting legal advice and discussing legal strategy concerning the Barr/Galen agreements. | Attorney-Client Joint Defense Work Product |
| Senior VP and General Counsel 09/11/2003 | 1 | Anthony Bruno* | Fred Killion* | Izumi Hara* | Email reflecting legal advice and discussing legal strategy concerning the Barr/Galen agreements. | Attorney-Client Joint Defense Work Product |
| 09/29/2003 | 1 | Randall Sundburg* | Fred Killion* | | Email discussing legal strategy concerning the draft Barr/Galen agreements. | Attorney-Client |
| 09/29/2003 | 1 | Fred Killion* | Randall Sundburg* | | Email providing information requested by counsel for the purpose of legal representation concerning the draft Barr/Galen agreements. | Attorney-Client |
| 10/01/2003 | 1 | Fred Killion* | (17) Paul Bisaro | | Email providing legal advice concerning draft Barr/Galen agreements including, inter alia, the Ovcon agreement. | Attorney-Client |

* denotes attorney

CONFIDENTIAL

| Document Date | No. of Pages (with attachments) | Author(s) | Addressee(s) | Other Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| 10/03/2003 | 26 | Christine Schnarr* | Fred Killion* | Randall Sundburg* | Email providing legal advice regarding the Barr/Galen supply agreement; draft agreement. | Attorney-Client |
| 10/06/2003 | 27 | Fred Killion* | Paul Bisaro, Phillandas Thompson, William McKee | | Email requesting information for the purpose of legal representation regarding the Barr/Galen supply agreement; draft agreement. | Attorney-Client |
| 10/21/2003 | Senior VP and General Counsel 1 | Izumi Hara* | Fred Killion* | | Email reflecting legal advice and containing legal analysis concerning the Barr/Galen Ovcon agreement. | Attorney-Client, Joint Defense, Work Product |
| 10/21/2003 | Senior VP and General Counsel 2 | Fred Killion* | Izumi Hara* | Paul Bisaro | Email reflecting legal advice and containing legal analysis concerning the Barr/Galen Ovcon agreement. | Attorney-Client, Joint Defense, Work Product |
| 12/01/2003 | 1 | Fred Killion* | Randall Sundburg* | | Email discussing legal strategy concerning the Barr/Galen agreements including, inter alia, the Ovcon agreement. | Attorney-Client |

* denotes attorney

CONFIDENTIAL

| Document Date | No. of Pages (with attachments) | Author(s) | Addressee(s) | Other Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| 12/02/2003 | 54 | Christine Schnarr* | Fred Killion* <br> Ling Zeng* | | Email providing legal advice concerning the Barr/Galen Option and License Agreement; draft agreements. | Attorney-Client |
| 12/03/2003 | 2 | Ling Zeng* | Christine Schnarr* <br> Fred Killion* | Randall Sundburg* | Email seeking legal advice concerning the draft Barr/Galen Option and License Agreement. | Attorney-Client <br> Work Product |
| 12/03/2003 | 46 | Christine Schnarr* | Fred Killion* <br> Ling Zeng* | | Email providing legal advice concerning the Barr/Galen Option and License Agreement; draft agreements. | Attorney-Client |
| 12/11/2003 | 83 | Christine Schnarr* | Ling Zeng* | Fred Killion* <br> Randall Sundburg* | Email providing legal advice concerning provisions of the Barr/Galen agreements; draft agreements. | Attorney-Client <br> Work Product |
| 12/22/2003 | Senior VP and General Counsel <br> 2 | Anthony Bruno* | Fred Killion* | | Email reflecting legal advice and containing legal analysis concerning the Barr/Galen Ovcon agreement. | Attorney-Client <br> Joint Defense <br> Work Product |
| 01/16/2004 | 161 | Christine Schnarr* | Fred Killion* <br> Ling Zeng* <br> Sigurd Kirk | Randall Sundburg* | Email providing legal advice regarding the Barr/Galen Loestrin and Ovcon agreements; draft agreements. | Attorney-Client <br> Work Product |

* denotes attorney

CONFIDENTIAL

| Document Date | No. of Pages (with attachments) | Author(s) | Addressee(s) | Other Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| 01/20/2004 | 79 | Christine Schnarr* | Fred Killion*<br>Ling Zeng*<br>Sigurd Kirk | Randall Sundburg* | Email providing legal advice regarding the Barr/Galen Loestrin and Ovcon agreements; draft agreements. | Attorney-Client<br>Work Product |
| 01/20/2004 | 1 | Ling Zeng* | Christine Schnarr* | | Email providing information requested by counsel for the purpose of legal representation concerning draft Barr/Galen agreements including, inter alia, the Ovcon agreement. | Attorney-Client<br>Work Product |
| 01/26/2004 | 160 | Fred Killion* | Mark L. Kovner* | | Draft Barr/Galen agreements reflecting legal advice and thoughts and mental impressions of C. Schnarr*. | Attorney-Client<br>Work Product |
| 01/26/2004 | 1 | Fred Killion* | Randall Sundburg* | | Email seeking legal advice concerning draft Barr/Galen agreements including, inter alia, the Ovcon agreement. | Attorney-Client |
| 01/29/2004 | 3 | Mark L. Kovner* | Fred Killion* | | Email reflecting thoughts and mental impressions of counsel concerning the Barr/Galen agreements including, inter alia, the Ovcon agreement. | Attorney-Client<br>Work Product |

*denotes attorney*

| Document Date | No. of Pages (with attachments) | Author(s) | Addressee(s) | Other Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| 02/13/2004 | 13 | Ling Zeng* | Fred Killion* | | Email reflecting legal analysis and advice concerning product information relating to the Barr/Galen agreements. | Attorney-Client |
| 02/17/2004 | 2 | Mark L. Kovner* | Fred Killion* | Tom Yannucci* | Email providing legal advice and discussing legal strategy concerning the Barr/Galen agreements. | Attorney-Client |
| 02/17/2004 | 1 | Mark L. Kovner* | Fred Killion* | Tom Yannucci* | Email providing legal advice concerning the FTC's review of the Barr/Galen agreements. | Attorney-Client / Work Product |
| 02/18/2004 | 2 | Mark L. Kovner* | Fred Killion* | | Email providing legal advice concerning the FTC's review of the Barr/Galen agreements. | Attorney-Client / Work Product |
| 02/18/2004 | 14 | Fred Killion* | Ling Zeng* | | Draft agreement reflecting legal advice and thoughts and mental impressions of counsel concerning the Barr/Galen agreements including, inter alia, the Ovcon agreement. | Attorney-Client / Work Product |

* denotes attorney

CONFIDENTIAL

| Document Date | No. of Pages (with attachments) | Author(s) | Addressee(s) | Other Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| 02/23/2004 | 1 | Randall Sundburg* | Fred Killion*<br>Ling Zeng* | | Email reflecting attorney-client communications and discussing legal strategy concerning the Barr/Galen Ovcon Supply Agreement. | Attorney-Client |
| 02/23/2004 | 32 | Randall Sundburg* | Ling Zeng* | Fred Killion* | Email providing legal advice concerning the Barr/Galen Ovcon Supply Agreement; draft agreement. | Attorney-Client<br>Work Product |
| 02/23/2004 | 1 | Fred Killion* | Randall Sundburg* | | Email reflecting attorney-client communications concerning the draft Barr/Galen Ovcon Supply Agreement. | Attorney-Client<br>Work Product |
| 02/25/2004 | 2 | Randall Sundburg* | Fred Killion* | Ling Zeng* | Email discussing legal strategy concerning the Barr/Galen agreement negotiations. | Attorney-Client |
| 02/25/2004 | 1 | Fred Killion* | Ling Zeng*<br>Randall Sundburg* | | Email providing legal analysis and discussing legal strategy regarding the Barr/Galen agreement negotiations. | Attorney-Client |

*denotes attorney*

CONFIDENTIAL

| Document Date | No. of Pages (with attachments) | Author(s) | Addressee(s) | Other Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| 03/06/2004 | 2 | Christine Schnarr* | Fred Killion* | Ling Zeng* | Email providing legal advice regarding draft Barr/Galen Ovcon and Loestrin agreements. | Attorney-Client Work Product |
| 03/08/2004 | 4 | Carol Cox | Fred Killion* Paul Bisaro William McKee | Anna Manno | Email reflecting legal advice, thoughts, and mental impressions of F. Killion* concerning the Barr/Galen agreements including, inter alia, the Ovcon agreement. | Attorney-Client Work Product |
| 03/08/2004 | 1 | Fred Killion* | Christine Schnarr* Ling Zeng* | | Email reflecting legal advice and strategy concerning draft Ovcon agreements. | Attorney-Client Work Product |
| 03/10/2004 | Senior VP and General Counsel 4 | Fred Killion* | Anthony Bruno* | | Email reflecting legal advice and containing legal analysis concerning the Barr/Galen Ovcon agreement; draft press release. | Attorney-Client Joint Defense Work Product |
| 03/12/2004 | 60 | Christine Schnarr* | Fred Killion* Ling Zeng* | Randall Sundburg* | Email providing legal advice concerning the Barr/Galen supply agreements; draft agreements. | Attorney-Client Work Product |

* denotes attorney

| Document Date | No. of Pages (with attachments) | Author(s) | Addressee(s) | Other Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| 03/12/2004 | 1 | Sigurd Kirk | Fred Killion*<br>Paul Bisaro | | Email providing information requested by counsel concerning the Barr/Galen Ovcon agreement. | Attorney-Client<br>Work Product |
| 03/15/2004 | 2 | Ling Zeng* | Christine Mundkur<br>Sal Peritore | | Email requesting information for the purpose of legal representation regarding proposed Barr/Galen license agreement. | Attorney-Client |
| 03/15/2004 | 137 | Ling Zeng* | Christine Mundkur<br>Sal Peritore | Fred Killion* | Email requesting information for the purpose of legal representation regarding the Barr/Galen license agreements; draft agreements. | Attorney-Client<br>Work Product |
| 03/15/2004 | 1 | Ling Zeng* | Linda Salva<br>Nicholas Maselli | Fred Killion* | Email requesting information for the purpose of legal representation concerning the Ovcon agreements. | Attorney-Client |
| 03/15/2004 | 60 | Ling Zeng* | Christine Mundkur<br>Sal Peritore | Fred Killion* | Email requesting information for the purpose of legal representation regarding the Barr/Galen supply agreements; draft agreements. | Attorney-Client<br>Work Product |

\* denotes attorney

| Document Date | No. of Pages (with attachments) | Author(s) | Addressee(s) | Other Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| 03/16/2004 | 2 | Christine Schnarr* | Fred Killion* | Ling Zeng*<br>Randall Sundburg* | Email providing legal advice concerning draft Barr/Galen agreements including, inter alia, the Ovcon agreement. | Attorney-Client<br>Work Product |
| 03/16/2004 | 2 | Sal Pertore | Christine Mundkur<br>Ling Zeng* | Fred Killion*<br>Nicholas Tantillo (21) | Email providing information requested by counsel for the purpose of legal representation concerning proposed Barr/Galen license agreement. | Attorney-Client<br>Work Product |
| 03/16/2004 | 145 | Christine Schnarr* (22) | Fred Killion*<br>Lorraine Rose | Ling Zeng*<br>Randall Sundburg* | Email providing legal advice concerning the Barr/Galen agreements, including, inter alia, the Ovcon agreement; draft agreements. | Attorney-Client<br>Work Product |
| 03/16/2004 | (23) Anna Manno<br>Senior VP and General Counsel<br>2 | | Fred Killion*<br>Ling Zeng* | | Email seeking legal advice concerning the Barr/Galen agreements, including, inter alia, the Ovcon agreement. | Attorney-Client |
| 03/17/2004 | 78 | Christine Schnarr* | Fred Killion*<br>Ling Zeng* | | Email providing legal advice concerning the Barr/Galen agreements including, inter alia, the Ovcon agreement; draft agreements. | Attorney-Client<br>Work Product |

* denotes attorney

CONFIDENTIAL

| Document Date | No. of Pages (with attachments) | Author(s) | Addressee(s) | Other Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| 03/19/2004 | 1 | Ling Zeng* | Paul Bisaro | Fred Killion* <br> Tim Catlett | Email requesting information for the purpose of legal representation regarding proposed Barr/Galen supply agreement. | Attorney-Client |
| 03/21/2004 | 27 | Ling Zeng* | Fred Killion* <br> Michael Bogda <br> Paul Bisaro <br> Tim Catlett <br> William McKee | Christine Schnarr* | Email providing legal advice concerning the Barr/Galen Finished Product Supply Agreement; draft agreement. | Attorney-Client <br> Work Product |
| 03/22/2004 | 11 | Christine Schnarr* | Ling Zeng* | Fred Killion* <br> Randall Sundburg* | Email providing legal advice concerning the Barr/Galen agreements including, inter alia, the Ovcon agreement. | Attorney-Client |
| 03/23/2004 | 1 | Ling Zeng* | Fred Killion* | | Email seeking legal advice concerning the Barr/Galen agreements including, inter alia, the Ovcon agreement. | Attorney-Client |
| 03/23/2004 | 3 | Ling Zeng* | Fred Killion* | | Email seeking legal advice concerning the Barr/Galen agreements including, inter alia, the Ovcon agreement. | Attorney-Client <br> Work Product |

* denotes attorney

CONFIDENTIAL

| Document Date | No. of Pages (with attachments) | Author(s) | Addressee(s) | Other Recipient(s) | Description | Privilege Claimed |
|---|---|---|---|---|---|---|
| 04/20/2004 | 3 | Mark L. Kovner* | Fred Killion* Marc Singer (Barr Paral | | Email providing legal advice concerning the Barr/Galen Ovcon agreement. | Attorney-Client Work Product |
| 05/04/2004 | 2 | Fred Killion* | Mark L. Kovner* Paul Bisaro | | Email reflecting legal strategy and providing information to outside counsel for the purpose of legal representation concerning the Ovcon agreements. | Attorney-Client |
| 05/05/2004 | 2 | Mark L. Kovner* | Fred Killion* | | Email providing legal advice concerning the Barr/Galen Ovcon agreement. | Attorney-Client Work Product |
| 05/14/2004 | 20 | Christine Schnarr* | Fred Killion* Ling Zeng* | Randall Sundburg* | Email providing legal advice concerning the Barr/Galen license agreement; draft agreement. | Attorney-Client Work Product |
| 05/14/2004 | 2 | Linda Salva | Ling Zeng* | Nicholas Maselli | Email providing information requested by counsel for the purpose of legal representation concerning the Barr/Galen agreements including, inter alia, the Ovcon agreement. | Attorney-Client Work Product |

*denotes attorney*

CONFIDENTIAL