# EXHIBIT C

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

202 879-5000

www.kirkland.com

Karen N. Walker
To Call Writer Directly:
202 879-5096
kwalker@kirkland.com

Facsimile:
202 879-5200

August 28, 2006

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
Room 360
600 Pennsylvania Avenue, N.W.
Washington, DC    20580

Re:    *Ovcon Antitrust Litigation*

Dear Tom:

    I received your letter of Friday regarding the FTC's request for native file format of certain documents previously produced by Barr. We have no objection to providing native format files for these documents if they are available and are working with the vendor who collected the documents in question to do so. We hope to be able to either produce the files or update you on the status of our request later this week.

    I also enclose an index of Barr's document production, as promised in our previous letters and in our opposition to your expedited motion to compel. Barr identified the sources of the documents produced to the best of its ability given that not all documents were logged as collected. Needless to say, this document by document index has been a laborious task. As I have stated, in some cases it is not possible to assign a single custodian. Where that occurred, we identified the department or location of the files to the best of our ability.

    Finally, although we have not received indications from plaintiffs as to when they will all be able to provide privilege logs, Barr is working on its supplemental privilege log and anticipates producing it to you by the end of next week. We have been concentrating on Barr's production, index, and privilege log, but -- to be clear -- defendants believe the FTC has still not

## KIRKLAND & ELLIS LLP

Thomas H. Brock, Esq.
August 28, 2006
Page 2

resolved many of the privilege log issues identified in Andrew Lacy's June 15 letter to you. Per your suggestion, however, we will endeavor to identify the specific log entries we believe are inadequate and will explore whether the FTC is willing to supplement its log as to those entries.

Sincerely,

Karen N. Walker

cc: Contact Attorneys Via DealRoom

| Bates Range - Begin | Bates Range - End | Source |
|---|---|---|
| BARR-OVCON-000001 | BARR-OVCON-000076 | Cox, Carol |
| BARR-OVCON-000077 | BARR-OVCON-000082 | McKee, William T. |
| BARR-OVCON-000083 | BARR-OVCON-000138 | Gioia, Phil |
| BARR-OVCON-000139 | BARR-OVCON-001630 | Niemann, Amy |
| BARR-OVCON-001631 | BARR-OVCON-001789 | Bogda, Michael |
| BARR-OVCON-001790 | BARR-OVCON-001791 | Peden, Annette |
| BARR-OVCON-001792 | BARR-OVCON-001811 | Kaplan, Jeremy |
| BARR-OVCON-001812 | BARR-OVCON-001826 | Jester, Greg |
| BARR-OVCON-001827 | BARR-OVCON-002003 | Kirk, Sigurd |
| BARR-OVCON-002004 | BARR-OVCON-002506 | Salva, Linda |
| BARR-OVCON-002507 | BARR-OVCON-002524 | Zeng, Ling |
| BARR-OVCON-002525 | BARR-OVCON-002670 | Ahmed, Sharif |
| BARR-OVCON-002671 | BARR-OVCON-003191 | Keyser, Jeff |
| BARR-OVCON-003192 | BARR-OVCON-003378 | Maselli, Nicholas |
| BARR-OVCON-003379 | BARR-OVCON-003590 | Gariolo, Jean |
| BARR-OVCON-003591 | BARR-OVCON-003737 | Cloud, Janet |
| BARR-OVCON-003738 | BARR-OVCON-004033 | Baldasare, Dolores |
| BARR-OVCON-004034 | BARR-OVCON-004495 | Pasqueretta, Carole |
| BARR-OVCON-004496 | BARR-OVCON-005130 | Ross, Nora |
| BARR-OVCON-005131 | BARR-OVCON-005344 | Ailinger, David |
| BARR-OVCON-005345 | BARR-OVCON-005381 | Amato, Anthony |
| BARR-OVCON-005382 | BARR-OVCON-005889 | Barrett, Robert |
| BARR-OVCON-005890 | BARR-OVCON-007127 | Cooney, Brian |
| BARR-OVCON-007128 | BARR-OVCON-007129 | Foster Roberts, Glenys |
| BARR-OVCON-007130 | BARR-OVCON-007599 | Stewart, Terri |
| BARR-OVCON-007600 | BARR-OVCON-007699 | Communications Department |
| BARR-OVCON-007700 | BARR-OVCON-009359 | Legal Department |
| BARR-OVCON-009360 | BARR-OVCON-049131 | Strategic Business Development Department |
| BARR-OVCON-049132 | BARR-OVCON-091258 | Sales Department |
| BARR-OVCON-091259 | BARR-OVCON-091576 | Ailinger, David |
| BARR-OVCON-091577 | BARR-OVCON-091580 | Altamuro, Mike |
| BARR-OVCON-091581 | BARR-OVCON-095363 | Amato, Anthony |
| BARR-OVCON-095364 | BARR-OVCON-095550 | Baldasare, Dolores |
| BARR-OVCON-095551 | BARR-OVCON-096362 | Barrett, Robert |
| BARR-OVCON-096363 | BARR-OVCON-102034 | Bogda, Michael |
| BARR-OVCON-102035 | BARR-OVCON-102981 | Campbell, Judith |
| BARR-OVCON-102982 | BARR-OVCON-105204 | Canada, Michele |
| BARR-OVCON-105205 | BARR-OVCON-105208 | Cloud, Janet |
| BARR-OVCON-105209 | BARR-OVCON-109170 | Cooney, Brian |
| BARR-OVCON-109171 | BARR-OVCON-109178 | Dupree, Connie |
| BARR-OVCON-109179 | BARR-OVCON-112562 | Gariolo, Jean |
| BARR-OVCON-112563 | BARR-OVCON-115006 | Gioia, Phil |
| BARR-OVCON-115007 | BARR-OVCON-115095 | Griffin, Patricia |
| BARR-OVCON-115096 | BARR-OVCON-115152 | Jester, Greg |

| | | |
|---|---|---|
| BARR-OVCON-115153 | BARR-OVCON-115170 | Kaplan, Jeremy |
| BARR-OVCON-115171 | BARR-OVCON-116095 | Keyser, Jeff |
| BARR-OVCON-116096 | BARR-OVCON-116149 | Killion, Fred |
| BARR-OVCON-116150 | BARR-OVCON-116576 | Kucinski, Keith |
| BARR-OVCON-116577 | BARR-OVCON-116881 | Kirk, Sigurd |
| BARR-OVCON-116882 | BARR-OVCON-117006 | McKee, William T. |
| BARR-OVCON-117007 | BARR-OVCON-117730 | Mengler, Chris |
| BARR-OVCON-117731 | BARR-OVCON-118043 | Mundkur, Christine |
| BARR-OVCON-118044 | BARR-OVCON-122186 | Cox, Carol |
| BARR-OVCON-122187 | BARR-OVCON-124362 | Nasse, Kim |
| BARR-OVCON-124363 | BARR-OVCON-132430 | Niemann, Amy |
| BARR-OVCON-132431 | BARR-OVCON-132657 | Paul-Smith, Audrey |
| BARR-OVCON-132658 | BARR-OVCON-141980 | Peritore, Sal |
| BARR-OVCON-141981 | BARR-OVCON-142004 | Unknown |
| BARR-OVCON-142005 | BARR-OVCON-142104 | Peritore, Sal |
| BARR-OVCON-142105 | BARR-OVCON-143165 | Ross, Nora |
| BARR-OVCON-143166 | BARR-OVCON-143169 | Yeomans, Jayne |
| BARR-OVCON-143170 | BARR-OVCON-143178 | Killion, Fred |
| BARR-OVCON-143179 | BARR-OVCON-143209 | Bogda, Michael |
| BARR-OVCON-143210 | BARR-OVCON-143250 | Jester, Greg |
| BARR-OVCON-143251 | BARR-OVCON-143415 | Salva, Linda |
| BARR-OVCON-143416 | BARR-OVCON-143425 | Baldasare, Dolores |
| BARR-OVCON-143426 | BARR-OVCON-143429 | Ross, Nora |
| BARR-OVCON-143430 | BARR-OVCON-143439 | Ailinger, David |
| BARR-OVCON-143440 | BARR-OVCON-143441 | Barrett, Robert |
| BARR-OVCON-143442 | BARR-OVCON-143444 | Cooney, Brian |
| BARR-OVCON-143445 | BARR-OVCON-143531 | Strategic Business Development Department |
| BARR-OVCON-143532 | BARR-OVCON-146208 | Sales Department |
| BARR-OVCON-146209 | BARR-OVCON-146238 | Amato, Anthony |
| BARR-OVCON-146239 | BARR-OVCON-146524 | Altamuro, Mike |
| BARR-OVCON-146525 | BARR-OVCON-146688 | McKee, William T. |
| BARR-OVCON-146689 | BARR-OVCON-146700 | Mengler, Chris |
| BARR-OVCON-146701 | BARR-OVCON-147797 | Zeng, Ling |
| BARR-OVCON-147798 | BARR-OVCON-147816 | Bogda, Michael |
| BARR-OVCON-147817 | BARR-OVCON-147895 | Bisaro, Paul |
| BARR-OVCON-147896 | BARR-OVCON-148061 | Gioia, Phil |
| BARR-OVCON-148062 | BARR-OVCON-148142 | Thompson, Phil |
| BARR-OVCON-148143 | BARR-OVCON-148183 | Barrett, Robert |
| BARR-OVCON-148184 | BARR-OVCON-148201 | Kirk, Sigurd |
| BARR-OVCON-148202 | BARR-OVCON-148219 | Fleming, Richard |
| BARR-OVCON-148220 | BARR-OVCON-148236 | Amato, Anthony |
| BARR-OVCON-148237 | BARR-OVCON-148447 | Barrett, Robert |
| BARR-OVCON-148448 | BARR-OVCON-148461 | Bisaro, Paul |
| BARR-OVCON-148462 | BARR-OVCON-149490 | Bogda, Michael |
| BARR-OVCON-149491 | BARR-OVCON-149823 | Campbell, Judith |
| BARR-OVCON-149824 | BARR-OVCON-149831 | Canada, Michele |
| BARR-OVCON-149832 | BARR-OVCON-150124 | Cooney, Brian |

| | | |
|---|---|---|
| BARR-OVCON-150125 | BARR-OVCON-150136 | Gariolo, Jean |
| BARR-OVCON-150137 | BARR-OVCON-150684 | Gioia, Phil |
| BARR-OVCON-150685 | BARR-OVCON-150697 | Griffin, Patricia |
| BARR-OVCON-150698 | BARR-OVCON-150704 | Keyser, Jeff |
| BARR-OVCON-150705 | BARR-OVCON-150713 | Killion, Fred |
| BARR-OVCON-150714 | BARR-OVCON-151131 | Kucinski, Keith |
| BARR-OVCON-151132 | BARR-OVCON-151188 | Kirk, Sigurd |
| BARR-OVCON-151189 | BARR-OVCON-151197 | McKee, William T. |
| BARR-OVCON-151198 | BARR-OVCON-151219 | Mengler, Chris |
| BARR-OVCON-151220 | BARR-OVCON-154466 | Cox, Carol |
| BARR-OVCON-154467 | BARR-OVCON-154566 | Ahmed, Sharif |
| BARR-OVCON-154567 | BARR-OVCON-157173 | Nasse, Kim |
| BARR-OVCON-157174 | BARR-OVCON-158617 | Niemann, Amy |
| BARR-OVCON-158618 | BARR-OVCON-159923 | Paul-Smith, Audrey |
| BARR-OVCON-159924 | BARR-OVCON-161359 | Killion, Fred |
| BARR-OVCON-161360 | BARR-OVCON-162684 | Amato, Anthony |
| BARR-OVCON-162685 | BARR-OVCON-174966 | Altamuro, Mike |
| BARR-OVCON-174967 | BARR-OVCON-176058 | McKee, William T. |
| BARR-OVCON-176059 | BARR-OVCON-177546 | Niemann, Amy |
| BARR-OVCON-177547 | BARR-OVCON-179485 | Cooney, Brian |
| BARR-OVCON-179486 | BARR-OVCON-179792 | Downey, Bruce |
| BARR-OVCON-179793 | BARR-OVCON-183361 | Ben-Maimon, Carol |
| BARR-OVCON-183362 | BARR-OVCON-183719 | Mengler, Chris |
| BARR-OVCON-183720 | BARR-OVCON-183896 | Ailinger, David |
| BARR-OVCON-183897 | BARR-OVCON-185058 | Jester, Greg |
| BARR-OVCON-185059 | BARR-OVCON-185420 | Bogda, Michael |
| BARR-OVCON-185421 | BARR-OVCON-188551 | Bisaro, Paul |
| BARR-OVCON-188552 | BARR-OVCON-191207 | Gioia, Phil |
| BARR-OVCON-191208 | BARR-OVCON-191552 | Barrett, Robert |
| BARR-OVCON-191553 | BARR-OVCON-192090 | Kirk, Sigurd |
| BARR-OVCON-192091 | BARR-OVCON-198124 | Sawyer, Tim |
| BARR-OVCON-198125 | BARR-OVCON-199386 | Jordan, Mark |
| BARR-OVCON-199387 | BARR-OVCON-201233 | Trevor, Susan |
| BARR-OVCON-201234 | BARR-OVCON-202414 | Upp, Richard |
| BARR-OVCON-202415 | BARR-OVCON-221345 | Fleming, Richard |
| BARR-OVCON-221346 | BARR-OVCON-221367 | Salva, Linda |
| BARR-OVCON-221368 | BARR-OVCON-222577 | Sawyer, Tim |
| BARR-OVCON-222578 | BARR-OVCON-222798 | Thompson, Phil |
| BARR-OVCON-222799 | BARR-OVCON-222992 | Tantillo, Nicholas |
| BARR-OVCON-222993 | BARR-OVCON-229678 | Paul-Smith, Audrey |
| BARR-OVCON-229679 | BARR-OVCON-239873 | Sherman Mouro, Teri |
| BARR-OVCON-239874 | BARR-OVCON-239911 | Bogda, Michael |
| BARR-OVCON-239912 | BARR-OVCON-240087 | Cooney, Brian |
| BARR-OVCON-240088 | BARR-OVCON-240098 | Ahmed, Sharif |
| BARR-OVCON-240099 | BARR-OVCON-240100 | Barrett, Robert |
| BARR-OVCON-240101 | BARR-OVCON-240136 | Bogda, Michael |
| BARR-OVCON-240137 | BARR-OVCON-240252 | Cooney, Brian |

| | | |
|---|---|---|
| BARR-OVCON-240253 | BARR-OVCON-240397 | Jester, Greg |
| BARR-OVCON-240398 | BARR-OVCON-240496 | Maselli, Nicholas |
| BARR-OVCON-240497 | BARR-OVCON-240501 | Peden, Annette |
| BARR-OVCON-240502 | BARR-OVCON-240732 | Strategic Business Development Department |
| BARR-OVCON-240733 | BARR-OVCON-240871 | Kucinski, Keith |
| BARR-OVCON-240872 | BARR-OVCON-241215 | Kirk, Sigurd |
| BARR-OVCON-241216 | BARR-OVCON-241301 | Mengler, Chris |
| BARR-OVCON-241302 | BARR-OVCON-241334 | Cox, Carol |
| BARR-OVCON-241335 | BARR-OVCON-241335 | Salva, Linda |
| BARR-OVCON-241336 | BARR-OVCON-241532 | Cox, Carol |
| BARR-OVCON-241533 | BARR-OVCON-241631 | Ross, Nora |
| BARR-OVCON-241632 | BARR-OVCON-241646 | Bisaro, Paul |
| BARR-OVCON-241647 | BARR-OVCON-241663 | Cooney, Brian |
| BARR-OVCON-241664 | BARR-OVCON-241666 | Ross, Nora |
| BARR-OVCON-241667 | BARR-OVCON-241692 | Sales Department |
| BARR-OVCON-241693 | BARR-OVCON-241724 | Amato, Anthony |
| BARR-OVCON-241725 | BARR-OVCON-243212 | Altamuro, Mike |
| BARR-OVCON-243213 | BARR-OVCON-243245 | McKee, William T. |
| BARR-OVCON-243246 | BARR-OVCON-243249 | Downey, Bruce |
| BARR-OVCON-243250 | BARR-OVCON-243260 | Ben-Maimon, Carol |
| BARR-OVCON-243261 | BARR-OVCON-243266 | Mengler, Chris |
| BARR-OVCON-243267 | BARR-OVCON-243267 | Jester, Greg |
| BARR-OVCON-243268 | BARR-OVCON-243268 | Bisaro, Paul |
| BARR-OVCON-243269 | BARR-OVCON-244000 | Gioia, Phil |
| BARR-OVCON-244001 | BARR-OVCON-244001 | Kirk, Sigurd |
| BARR-OVCON-244002 | BARR-OVCON-244271 | Sawyer, Tim |
| BARR-OVCON-244272 | BARR-OVCON-244354 | Jordan, Mark |
| BARR-OVCON-244355 | BARR-OVCON-244442 | Trevor, Susan |
| BARR-OVCON-244443 | BARR-OVCON-244450 | Upp, Richard |
| BARR-OVCON-244451 | BARR-OVCON-244844 | Fleming, Richard |
| BARR-OVCON-244845 | BARR-OVCON-248867 | Amato, Anthony |
| BARR-OVCON-248868 | BARR-OVCON-248891 | Kaplan, Jeremy |
| BARR-OVCON-248892 | BARR-OVCON-248892 | Cox, Carol |
| BARR-OVCON-248893 | BARR-OVCON-248982 | Nasse, Kim |
| BARR-OVCON-248983 | BARR-OVCON-249189 | Niemann, Amy |
| BARR-OVCON-249190 | BARR-OVCON-249208 | Peritore, Sal |
| BARR-OVCON-249209 | BARR-OVCON-249217 | Sales Department |
| BARR-OVCON-249218 | BARR-OVCON-249256 | Amato, Anthony |
| BARR-OVCON-249257 | BARR-OVCON-249272 | Altamuro, Mike |
| BARR-OVCON-249273 | BARR-OVCON-249273 | McKee, William T. |
| BARR-OVCON-249274 | BARR-OVCON-249288 | Cooney, Brian |
| BARR-OVCON-249289 | BARR-OVCON-249295 | Downey, Bruce |
| BARR-OVCON-249296 | BARR-OVCON-249301 | Jester, Greg |
| BARR-OVCON-249302 | BARR-OVCON-249313 | Zeng, Ling |
| BARR-OVCON-249314 | BARR-OVCON-249749 | Bisaro, Paul |
| BARR-OVCON-249750 | BARR-OVCON-249750 | Thompson, Phil |
| BARR-OVCON-249751 | BARR-OVCON-249752 | Barrett, Robert |

| | | |
|---|---|---|
| BARR-OVCON-249753 | BARR-OVCON-249755 | Kirk, Sigurd |
| BARR-OVCON-249756 | BARR-OVCON-249808 | Sawyer, Tim |
| BARR-OVCON-249809 | BARR-OVCON-250044 | Trevor, Susan |
| BARR-OVCON-250045 | BARR-OVCON-250046 | Upp, Richard |
| BARR-OVCON-250047 | BARR-OVCON-250062 | Fleming, Richard |
| BARR-OVCON-250063 | BARR-OVCON-256386 | Catlett, Tim |
| BARR-OVCON-256387 | BARR-OVCON-256443 | Cooney, Brian |
| BARR-OVCON-256444 | BARR-OVCON-256446 | Killion, Fred |
| BARR-OVCON-256447 | BARR-OVCON-256545 | Kucinski, Keith |
| BARR-OVCON-256546 | BARR-OVCON-256572 | Ahmed, Sharif |
| BARR-OVCON-256573 | BARR-OVCON-256575 | Thompson, Phil |
| BARR-OVCON-256576 | BARR-OVCON-256577 | Tantillo, Nicholas |
| BARR-OVCON-256578 | BARR-OVCON-256889 | Zeng, Ling |
| BARR-OVCON-256890 | BARR-OVCON-256952 | Cianci, Sebastiano |
| BARR-OVCON-256953 | BARR-OVCON-258365 | O'Dea, Linda |
| BARR-OVCON-258366 | BARR-OVCON-263414 | Church, Phil |
| BARR-OVCON-263415 | BARR-OVCON-265325 | Planning Department |
| BARR-OVCON-265326 | BARR-OVCON-265565 | Finance Department |
| BARR-OVCON-265566 | BARR-OVCON-266220 | Purchase Orders |
| BARR-OVCON-266221 | BARR-OVCON-266445 | Benvenuto, Lauren |
| BARR-OVCON-266446 | BARR-OVCON-266458 | Amato, Anthony |
| BARR-OVCON-266459 | BARR-OVCON-284752 | Catlett, Timothy |
| BARR-OVCON-284753 | BARR-OVCON-284756 | Cooney, Brian |
| BARR-OVCON-284757 | BARR-OVCON-284763 | Downey, Bruce |
| BARR-OVCON-284764 | BARR-OVCON-285226 | McKee, William |