# EXHIBIT D

UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
601 New Jersey Ave., N.W.
Washington, DC 20580
Direct Line (202) 326-2813
E-mail: TBrock@ftc.gov

August 24, 2006

**VIA E-MAIL AND WEBSITE SERVICE**

Karen N. Walker, Esq.
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005

   Re: Federal Trade Commission, *et al.*, v. Warner Chilcott Holdings Company III, Ltd., *et al.*, Civil Action Nos. 1:05-cv-2179-CKK, 1:05-cv-2182-CKK (D.D.C.)

Dear Karen:

  We ask to reschedule the deposition of Timothy Catlett, which is now scheduled for September 6 and 7, 2006. I have discussed this matter with States and the private plaintiffs and they join in the request. Please let me know what other dates are convenient for Mr. Catlett.

  I appreciate your cooperation.

                Sincerely,

                /s/

                Thomas H. Brock

cc: Contact Attorneys (via website service)