# EXHIBIT F

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Karen N. Walker
To Call Writer Directly:
202 879-5096
kwalker@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

August 21, 2006

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
Room 360
600 Pennsylvania Avenue, N.W.
Washington, DC    20580

Re:     *Ovcon Antitrust Litigation*

Dear Tom:

Upon returning from business travel the latter part of last week, I was informed of your call with Eunnice Eun of last Thursday and your letter of Friday August 18 to Chong Park. Chong informed me that he never scheduled a conference call with you last Friday at 3:30 p.m. He could have been available then but was informed by Eunnice that you had said such a conference call was unnecessary.

As Chong is on vacation, I have reviewed your August 18 letter to him and write to clarify the issues as to which you inquired.   As an initial matter, I must say I am extremely disappointed you filed yet another motion to compel without either waiting for such an explanation nor engaging in any meaningful meet-and-confer process whatsoever before filing your most recent motion.

As for your motion to compel production of a privilege log, I submit that it was highly inappropriate given that:  (1) Barr has already produced a comprehensive privilege log and only needs to supplement it, (2) you have not taken a similar position with Warner Chilcott, underscoring the unreasonableness of your position, (3) many parties have produced no privilege logs yet, and (4) your own log is woefully deficient, as defense counsel have previously indicated.  In any event, nowhere in my August 16 letter did I state that Barr was unwilling to produce our *supplemental* privilege log *until* all plaintiffs *produced* privilege logs.  I simply asked for a commitment from plaintiffs as to when they would provide such logs.  This request referred in part to plaintiffs who have produced no logs to date, which is reasonable since Barr will be producing documents and logs in all the related cases and similar timetables are reasonable.  However, to clarify, we are also expecting the FTC to provide a supplemental log

Chicago              London              Los Angeles              New York              San Francisco

KIRKLAND & ELLIS LLP

Thomas H. Brock, Esq.
August 21, 2006
Page 2


which provides sufficient information for defendants' to "assess [your] claims of privilege and challenge any unwarranted privilege claims." (*Govt. Plfs' August 18, 2006 Motion to Compel* at 1.) For example, as previously explained, the FTC's log contains numerous items which group large quantities of documents together and provides scant description of their content. (*See, e.g.,*, Item No. 2, covering 500-550 "charts" that contain not legal but unspecified "factual" information.) This is clearly insufficient information upon which defendants can assess your claims of privilege and challenge any unwarranted claims. Therefore, just as you are requesting a supplemental log from Barr, we request that the FTC provide a supplemental log sufficient for such assessments and challenges. In any event, Barr is willing to produce a supplemental log within a reasonable time period regardless of plaintiffs' actions.

Sincerely,

Karen N. Walker


cc: Contact Attorneys Via DealRoom