# EXHIBIT G

COPY

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No. 1:05CV02327

- - - - - - - - - - - - - - - - - - - - - - - - - -x

VISTA HEALTHPLAN, INC., and UNITED FOOD AND
COMMERCIAL WORKERS CENTRAL PENNSYLVANIA HEALTH AND
WELFARE FUND,

    On behalf of themselves and all others
    similarly situated,

             Plaintiffs,

  v.

WARNER CHILCOTT PUBLIC LIMITED CO., WARNER CHILCOTT
HOLDINGS COMPANY III, LTD., WARNER CHILCOTT
CORPORATION, WARNER CHILCOTT (US) INC., WARNER
CHILCOTT COMPANY, INC., GALEN (CHEMICALS), LTD., and
BARR PHARMACEUTICALS, INC.,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - -x

VIDEOTAPED DEPOSITION OF HAL GOLDMAN

August 9, 2006

9:09 a.m.

Held at:

Crowne Plaza at Sawgrass Mills

13400 West Sunrise Boulevard

Sunrise, Florida

ELLEN GRAUER COURT REPORTING CO. LLC
126 East 56th Street, Fifth Floor
New York, New York 10022
212-750-6434
REF: 81512

COPY

1

```
 1        IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
 2
                CASE NO. 1:05CV02327
 3
    _____\
 4  VISTA HEALTHPLAN, INC. and UNITED FOOD
    AND COMMERCIAL WORKERS CENTRAL
 5  PENNSYLVANIA HEALTH AND WELFARE FUND,

 6       On behalf of themselves and
         all others similarly situated,
 7
                  Plaintiffs,
 8
    vs.
 9

10  WARNER CHILCOTT PUBLIC LIMITED CO.,
    WARNER CHILCOTT HOLDINGS COMPANY III,
11  LTD., WARNER CHILCOTT CORPORATION,
    WARNER CHILCOTT(US) INC., WARNER
12  CHILCOTT COMPANY, INC., GALEN
    (CHEMICALS), LTD., and BARR
13  PHARMACEUTICALS, INC.,

14                Defendants.
    _____/
15
                    Crowne Plaza at Sawgrass Mills
16                  13400 W. Sunrise Boulevard
                    Sunrise, Florida  33323
17                  Thursday, August 10, 2006
                    9:08 a.m. - 10:39 a.m.
18

19
        * * * C O N F I D E N T I A L * * *
20

21  VIDEOTAPED DEPOSITION OF SHAWN FREDERICK BARGER

22

23       ELLEN GRAUER COURT REPORTING CO. LLC
           126 East 56th Street, Fifth Floor
24             New York, New York 10022
                   212-750-65434
25                  REF: 81513
```

**CONFIDENTIAL**

```
                                                                    1
                        COPY

 1

 2   UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF COLUMBIA
 3
     ----------------------------------------x
 4   STEPHANIE COHEN and SUNDA CROONQUIST,
     individually and on behalf of all others
 5   similarly situated,

 6                              Plaintiffs,
      -against-
 7
     WARNER CHILCOTT PUBLIC LIMITED COMPANY; WARNER
 8   CHILCOTT HOLDINGS III, LTD.; WARNER CHILCOTT
     CORPORATION; WARNER CHILCOTT (US) INC.; WARNER
 9   CHILCOTT COMPANY, N IC.; GALEN (CHEMICALS),
     LTD.; and BARR PHARMACEUTICALS, INC.,
10
                                Defendants,
11
     CASE NO.:  1:06-CV-00401-CKK
12   ----------------------------------------x

13              425 Lexington Avenue
                New York, New York
14
                August 16, 2006
15              10:15 a.m.

16

17       Videotaped Deposition of the Plaintiff,

18   STEPHANIE COHEN, pursuant to Notice, before

19   Sophie Nolan, a Notary Public of the State of

20   New York.

21

22

23      ELLEN GRAUER COURT REPORTING CO. LLC
          126 East 56th Street, Fifth Floor
24           New York, New York 10022
                  212-750-6434
25               Ref: 81522
```

COPY

# OFFICIAL TRANSCRIPT PROCEEDING

# FEDERAL TRADE COMMISSION

MATTER NO.    0410034

TITLE    FTC, ET AL. v. WARNER CHILCOTT HOLDINGS
         COMPANY III, LTD., ET AL.

PLACE    SIMPSON THACHER & BARTLETT
         601 PENNSYLVANIA AVENUE
         WASHINGTON, DC

DATE     AUGUST 29, 2006

PAGES    1 THROUGH 238

TESTIMONY OF MITCHELL A. LAZAR

FOR THE RECORD, INC.
10760 DEMARR ROAD
WHITE PLAINS, MD 20695
(301)870-8025

# OFFICIAL TRANSCRIPT PROCEEDING

# FEDERAL TRADE COMMISSION

| | |
|---|---|
| MATTER NO. | 0410034 |
| TITLE | FTC, ET AL. v. WARNER CHILCOTT HOLDINGS COMPANY III, LTD., ET AL. |
| PLACE | SIMPSON THACHER & BARTLETT<br>601 PENNSYLVANIA AVENUE<br>WASHINGTON, DC |
| DATE | AUGUST 30, 2006 |
| PAGES | 239 THROUGH 379 |

## TESTIMONY OF MITCHELL A. LAZAR

### VOLUME 2

---

FOR THE RECORD, INC.
10760 DEMARR ROAD
WHITE PLAINS, MD 20695
(301)870-8025

1

```
 1

 2        REALTIME AND INTERACTIVE REALTIME TRANSCRIPT
                   ROUGH DRAFT DISCLAIMER.
 3        _____
                        IMPORTANT NOTICE:
 4                      AGREEMENT OF PARTIES
          _____
 5        We, the party working with realtime and rough
          draft transcripts, understand that if we choose
 6        to use the realtime rough draft screen or the
          printout, that we are doing so with the
 7        understanding that the rough draft is an
          uncertified copy.
 8
          We further agree not to share, give, copy,
 9        scan, fax or in any way distribute this
          realtime rough draft in any form (written or
10        computerized) to any party.  However, our own
          experts, co-counsel and staff may have limited
11        internal use of same with the understanding
          that we agree to destroy our realtime rough
12        draft and/or any computerized form, if any, and
          replace it with the final transcript upon its
13        completion.

14              Case:  Vista v. Warner Chilcott, et al
                Witness:  Regina Reardon
15              Date:  August 29, 2006
          REPORTER'S NOTE:
16        Since this deposition has been realtimed and is
          in rough draft form, please be aware that there
17        may be a discrepancy regarding page and line
          number when comparing the realtime screen, the
18        rough draft, rough draft disc and the final
          transcript.
19        Also, please be aware that the realtime screen
          and the uncertified rough draft transcript may
20        contain untranslated steno, reporter's notes in
          double parentheses, misspelled proper names,
21        incorrect or missing Q/A symbols or punctuation
          and/or nonsensical English word combinations.
22        All such entries will be correct on the final,
          certified transcript.
23              COURT REPORTER'S NAME:  Sophie Nolan
                FIRM NAME:  Ellen Grauer Court Reporting
24

25
```

2

```
 1

 2        IN THE UNITED STATES DISTRICT COURT FOR THE
          DISTRICT OF COLUMBIA
 3
          ---------------------------------------x
 4        VISTA HEALTHPLAN, INC. And UNITED FOOD AND
          COMMERCIAL WORKERS CENTRAL PENNSLVANIA HEALTH
 5        AND WELFARE FUND, on behalf of themselves and
          all others similarly situated,
 6
                        Plaintiffs,
 7            -against-

 8        WARNER CHILCOTT PUBLIC LIMITED CO., WARNER
          CHILCOTT HOLDINGS COMPANY III, LTD., WARNER
 9        CHILCOTT CORPORATION, WARNER CHILCOTT (US)
          INC., WARNER CHILCOTT COMPANY, INC., GALEN
10        (CHEMICALS), LTD., and BARR PHARMACEUTICALS,
          INC.,
11
                        Defendants,
12
          CIVIL ACTION NO.:  1:05CV02327
13        ---------------------------------------x

14               3031 C Walton Road
                 Plymouth Meeting, Pennsylvania
15
                 August 30, 2006
16               9:52 a.m.

17


18              Videotaped Deposition of the

19        Plaintiff, by RUSSELL FOWBLE, pursuant to

20        Notice, before Sophie Nolan, a Notary Public of

21        the State of New York.

22
              ELLEN GRAUER COURT REPORTING CO., LLC
23               126 East 56th Street, Fifth Floor
                     New York, New York  10022
24                       212-750-6434
                           Ref:  -**
25
```

3

```
 1

 2        A P P E A R A N C E S:
```

2