# EXHIBIT A



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
Room 360
600 Pennsylvania Ave., N.W.
Washington, DC 20580

Direct Line (202) 326-2813
E-mail: TBrock@ftc.gov

August 25, 2006

**VIA E-MAIL AND WEBSITE SERVICE**

Karen N. Walker, Esq.
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Re: Federal Trade Commission, *et al.,* v. Warner Chilcott Holdings Company III, Ltd., *et al.,* Civil Action Nos. 1:05-cv-2179-CKK, 1:05-cv-2182-CKK (D.D.C.)

Dear Karen:

We ask that Barr produce the following previously-produced documents in native file format:

BARR-OVCON 143616 to 144719
BARR-OVCON 150714 to 150812
BARR-OVCON 37509 to 37520
BARR-OVCON 37544 to 37828
BARR-OVCON 37829 to 37938
BARR-OVCON 37939 to 41961
BARR-OVCON 41962 to 45984
BARR-OVCON 45985 to 47086
BARR-OVCON 47087 to 47434
BARR-OVCON 103812 to 103821
BARR-OVCON 105801 to 105812
BARR-OVCON 115161 to 115170
BARR-OVCON 116177 to 116232

Karen N. Walker, Esq.
August 25, 2006
Page 2

      BARR-OVCON 117053 to 117068
      BARR-OVCON 123120 to 123153
      BARR-OVCON 105640 to 105707
      BARR-OVCON 150813 to 150892
      BARR-OVCON 150893 to 151131

      These documents contain data that are highly relevant, but the image format in which they were produced makes it impossible for us to fully evaluate the documents and data.

      Please let me know if Barr will produce these specific documents in native file format and when they will be made available to us.

      I appreciate your cooperation.

                                      Sincerely,

                                      /s/

                                    Thomas H. Brock

cc:     Contact Attorneys (via website service)