# EXHIBIT B

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Chong Seok Park
To Call Writer Directly:
202 879-5202
cpark@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200
Dir. Fax: 202 879-5200

September 1, 2006

**By Electronic Mail and Electronic Filing
Service**

Thomas H. Brock
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

Re:     *FTC, et al. v. Warner Chilcott Holdings Co. III, Ltd., et al.*, Civ. Action
Nos. 1:05-cv-02179-ckk, 1:05-CV-02182-CKK

Dear Tom:

At Karen Walker's request, we have investigated the possibility of producing in native
file format the specific documents you requested in your August 25 letter. Our vendor is in the
process of exploring the costs and burdens associated with restoring the tapes on which the data
in question is stored. We hope to update you on the vendor's progress later next week.

Sincerely,

/s/ Chong S. Park

Chong S. Park

cc:     Contact Attorneys (via Ovcon Dealroom)

Chicago          London          Los Angeles          Munich          New York          San Francisco