# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------- x
FEDERAL TRADE COMMISSION, :
:
    Plaintiff, :
:
v. :   Civil Action No: 1:05CV02179 (CKK)
:   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY :
III, LTD., *et al.*, :
:
    Defendants. :
---------------------------------------------------------- x


---------------------------------------------------------- x
STATE OF COLORADO, *et al.*, :
:
    Plaintiffs, :
:
v. :   Civil Action No: 1:05CV02182 (CKK)
:   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY :
III, LTD., *et al.*, :
:
    Defendants. :
---------------------------------------------------------- x


---------------------------------------------------------- x
MEIJER, INC., *et al.*, :
:
    Plaintiffs, :
:
v. :   Civil Action No: 1:05CV02195 (CKK)
:   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY :
III, LTD., *et al.*, :
:
    Defendants. :
---------------------------------------------------------- x

```
------------------------------------------------   x
VISTA HEALTHPLAN, INC., et al.,                    :
                                                   :
        Plaintiffs,                                :
                                                   :
v.                                                 :   Civil Action No: 1:05CV02327 (CKK)
                                                   :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                   :
III, LTD., et al.,                                 :
                                                   :
        Defendants.                                :
------------------------------------------------   x


------------------------------------------------   x
STEPHANIE COHEN, et al.,                           :
                                                   :
        Plaintiffs,                                :
                                                   :
v.                                                 :   Civil Action No: 1:06CV00401 (CKK)
                                                   :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT PUBLIC LIMITED                     :
COMPANY, et al.,                                   :
                                                   :
        Defendants.                                :
------------------------------------------------   x


------------------------------------------------   x
WALGREEN CO., et al.,                              :
                                                   :
        Plaintiffs,                                :
                                                   :
v.                                                 :   Civil Action No: 1:06CV00494 (CKK)
                                                   :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                   :
III, LTD., et al.,                                 :
                                                   :
        Defendants.                                :
------------------------------------------------   x
```

|  |  |
|---|---|
| ------------------------------------------------------- x<br>CVS PHARMACY, INC., *et al.*,<br>      Plaintiffs,<br>v.<br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br>      Defendants.<br>------------------------------------------------------- x | :<br>:<br>:<br>:<br>:  Civil Action No: 1:06CV00795 (CKK)<br>:  Judge Colleen Kollar-Kotelly<br>:<br>:<br>:<br>: |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, our new address is as follows:

>SIMPSON THACHER & BARTLETT LLP
>601 Pennsylvania Avenue, N.W.
>North Building
>Washington, D.C. 20004

Please make the appropriate changes in your records to contact our firm.

September 6, 2006                                    Respectfully submitted,


By:   /s/ Peter C. Thomas
      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Peter C. Thomas, D.C. Bar # 495928
Andrew M. Lacy, D.C. Bar # 496644

SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, D.C. 20004
(202) 220-7700

*Counsel for Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Warner Chilcott Public Limited Company, and Galen (Chemicals) Ltd.*