# EXHIBIT A



UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

Bradley S. Albert
Bureau of Competition
Direct Dial - (202) 326-3670

June 21, 2006

**VIA WEBSITE SERVICE**

Andrew M. Lacy, Esq.
Simpson Thacher & Bartlett LLP
555 Eleventh Street, N.W.
Washington, D.C. 20004

      Re:    Federal Trade Commission v. Warner Chilcott Holdings Company III, Ltd., et al., Civil Action No. 1:05-CV-02179-CKK (D.D.C.)

Dear Andy:

I am responding to your letters of June 15, 2006, and today. If you found our June 12, 2006 cover letter to our revised privilege log unclear in any respect, let me be perfectly clear now. Pursuant to your request, we searched for documents relating to the merger shop's review of the Ovcon agreement. We included all of the privileged documents on our revised log. We did not produce any non-privileged documents from that review, because none exist in our files. To the extent you think third-party documents relating to the merger shop's review exist, you are wrong.

As to the remainder of your letter of June 15, our revised log is more than adequate to allow Defendants to assess our privilege claims, and it complies with the Federal Rules of Civil Procedure. The log's entries provide the bases for our privilege claims, as well as document dates, types, authors, recipients, and descriptions. The law does not require us to individually detail thousands of memoranda, e-mail, notes, and other materials that are clearly privileged.

If you wish to further pursue these matters, we are prepared to discuss them during the meet and confer on June 26 at 11:00 a.m. I sincerely hope that, in the future, rather than accusing us of "deliberately excluding" information you will call us to discuss whatever questions you might have regarding our production.

Sincerely,

/s/

Bradley S. Albert

cc:    Contact Attorneys