# EXHIBIT B



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
Room 360
600 Pennsylvania Ave., N.W.
Washington, DC 20580

Direct Line (202) 326-2813
E-mail: TBrock@ftc.gov

September 4, 2006

**VIA E-MAIL AND WEBSITE SERVICE**

Karen N. Walker, Esq.
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005

   Re: Federal Trade Commission, *et al.*, v. Warner Chilcott Holdings Company III, Ltd., *et al.*, Civil Action Nos. 1:05-cv-2179-CKK, 1:05-cv-2182-CKK (D.D.C.)

Dear Karen:

  This letter raises two discovery issues relating to Defendant Barr Pharmaceutical Inc.'s Opposition to Plaintiffs' Motion to Compel (Privilege Log) dated September 1, 2006 (Doc. No. 60-1).

  First, I note that, on page 6, Barr represents to the Court that, "Barr is certainly willing to entertain any requests for certain files to be expedited, as apparently the Government Plaintiffs have done with other parties." Also, in light of your August 28, 2006, letter to me (and your August 24, 2006, brief (Doc. No. 57)), it appears that Barr is now prepared to produce documents on a custodian-by-custodian basis.

  Please advise me whether Barr is willing to expedite its production of relevant documents responsive to our first document request at least ten (10) days before the start of the deposition of each witness. This would include the production of responsive documents for which the deponent is custodian and the production of documents in the possession of a custodian (such as an assistant, associate, or deputy, or a secretary or executive assistant) under the direct supervision of the deponent.

  Second, I ask that you clarify your statement on page 6 of your brief, that "Barr has

Karen N. Walker, Esq.
September 4, 2006
Page 2

agreed to search for and produce many of the non-Ovcon and electronic files originally objected to, and it is these documents that have necessitated supplemental search, review, and production efforts." To ensure that the parties have no misunderstanding, I ask that you specify Barr's non-Ovcon oral contraceptives as to which Barr is searching for and producing responsive documents and, conversely, Barr's non-Ovcon oral contraceptives as to which Barr is not searching for and producing documents.

      I will reply to your September 1 brief no later than September 7. I would like to have a response on both of these questions before that date.

      Thank you for your cooperation.

                                  Sincerely,

                                  /s/

                                  Thomas H. Brock

cc:      Contact Attorneys (via website service)