A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission,

|  |  |  |
|---|---|---|
| | ) | |
| Plaintiff(s) | ) | **APPEARANCE** |
| | ) | |
| | ) | |
| vs. | ) | CASE NUMBER   1:05-cv-2179-CKK |
| Warner Chilcott Holdings Company III, Ltd., | ) | |
| et al., | ) | |
| Defendant(s) | ) | |

To the Clerk of this court and all parties of record:

Please enter the appearance of  Casey Triggs_____  as counsel in this

                              (Attorney's Name)

case for:_Federal Trade Commission_____

                    (Name of party or parties)

September 18, 2006_____

Date

435720_____

BAR IDENTIFICATION

_Casey R. Triggs_ (signature)

Signature

Casey Triggs

Print Name

600 Pennsylvania Avenue, N.W.

Address

Washington, D.C.          20580

City          State          Zip Code

(202) 326-2804

Phone Number