IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 1:05CV02179<br><br>Judge Colleen Kollar-Kotelly |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>　　　　　　　Defendants. | Civil Action No. 1:05CV02182<br><br>Judge Colleen Kollar-Kotelly<br><br>Jury Trial Demanded |

## JOINT MOTION AND STIPULATION

Plaintiffs the Federal Trade Commission, the States of Colorado, Maryland, Alaska, Arizona, Arkansas, California, Delaware, Florida, Idaho, Illinois, Iowa, Kansas, Louisiana, Maine, Michigan, Minnesota, Mississippi, Missouri, Nevada, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Rhode Island, South Carolina, Tennessee, Texas, Utah, and Vermont, the Commonwealths of Virginia, Kentucky, and Massachusetts, and the District of Columbia (collectively the "Government Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (together "Warner Chilcott") and Barr Pharmaceuticals, Inc. ("Barr") (collectively the "Defendants"), by their respective undersigned attorneys, hereby

stipulate to, and respectfully move the Court to set, the following schedule for fact and expert discovery. In support thereof, the parties jointly state as follows:

1. The Court's Case Management Order ("CMO") specifies that all fact discovery should be completed on or before October 18, 2006.

2. The parties have attempted to schedule certain third party depositions prior to the close of fact discovery. However, due to issues regarding the unavailability of third party witnesses, not all third party fact discovery could be conducted prior to the October 18, 2006 discovery deadline.

3. Accordingly, the parties have stipulated and ask this Court to enter a discovery schedule whereby Plaintiffs and Defendants will have until and including November 17, 2006 to complete third party depositions.

4. In addition, because Plaintiffs have served on Defendants new requests on September 15, 2006, in the form of contention interrogatories and requests for admissions, the parties agree it is in the interest of fairness that Defendants have additional time to provide responses, to the extent Defendants do not object, to such requests. The parties agree that the time for Defendants to object to the Plaintiffs' September 15, 2006 fact discovery requests will remain governed by the Federal Rules of Civil Procedure and the current CMO.

5. Accordingly, the parties have stipulated and ask this Court to enter a fact discovery schedule whereby Defendants have until and including November 17, 2006 to provide responses, to the extent Defendants do not object, to the Plaintiffs' September 15, 2006 fact discovery requests.

6. The CMO specifies also that: 1) the parties shall serve their expert reports, as well as exchange certain information required under paragraph 11b of the CMO, on or before

November 8, 2006; 2) the parties shall serve their rebuttal expert reports on or before December 4, 2006; and 3) that expert witnesses shall be made available for deposition on or before December 22, 2006.

7. Given the parties' agreement to extend the deadlines for the conduct of certain fact discovery, as discussed above, the parties also agree that the schedule for the conduct of expert discovery should also be modified so as to allow the parties' experts to incorporate information obtained through fact discovery.

8. Accordingly, the parties have stipulated and ask this Court to enter a discovery schedule whereby: 1) the parties shall serve expert reports and exchange the information required under paragraph 11b of the CMO on or before December 1, 2006; 2) the parties shall serve rebuttal expert reports on or before December 22, 2006; and 3) the parties shall make expert witnesses available for deposition on or before January 19, 2007.

9. Under the proposed schedule, by the time of the Status Conference scheduled for January 5, 2007, substantially all discovery will be complete. The only discovery remaining at that time should be the conclusion of depositions of the parties' experts, which would be completed within two weeks after the Status Conference. The parties agree that it is in the interest of the fair resolution of this case that the discovery schedule is modified as requested herein.

10. Except as specified herein, the Case Management Order entered on April 25, 2006 shall remain in effect.

WHEREFORE, Government Plaintiffs and Defendants respectfully stipulate to, and ask this Court to enter, extensions of time as follows:

1. The parties shall complete third party depositions on or before November 17, 2006.

2. The Defendants shall provide responses, to the extent they do not object, to Plaintiffs' September 15, 2006 fact discovery requests on or before November 17, 2006.

3. The parties shall serve expert reports and exchange the information required under paragraph 11b of the CMO on or before December 1, 2006.

4. The parties shall serve rebuttal expert reports on or before December 22, 2006.

5. The parties shall make expert witnesses available for deposition on or before January 19, 2007.

Date: September 21, 2006                Respectfully submitted,

   /s/ Thomas H. Brock
Thomas H. Brock (D.C. Bar # 939207)
Markus H. Meier (D.C. Bar # 459715)
Bradley S. Albert
FEDERAL TRADE COMMISSION
Bureau of Competition
600 Pennsylvania Avenue, N.W.
Washington, District of Columbia  20580
(202) 326-3759
(202) 326-3384 (fax)

*Counsel for the Federal Trade Commission*

STATE OF COLORADO
JOHN W. SUTHERS
Attorney General

   /s/ Devin M. Laiho
Devin M. Laiho
Assistant Attorney General
Consumer Protection Section
1525 Sherman Street, 5th Floor
Denver, CO  80203
(303) 866-5079

*Counsel for the State of Colorado*

COMMONWEALTH OF VIRGINIA
JUDITH WILLIAMS JAGDMANN
Attorney General
Sarah Oxenham Allen
Jennifer L. Gobble
Assistant Attorneys General
Antitrust & Consumer Litigation Section
900 East Main Street
Richmond, Virginia 23219
(804) 786-6557

*Counsel for the Commonwealth of Virginia*


STATE OF MARYLAND
J. JOSEPH CURRAN, JR.
Attorney General
Assistant Attorney General
Ellen S. Cooper
Chief, Antitrust Division
200 St. Paul Street
Baltimore, Maryland 21202
(410) 576-6470

*Counsel for the State of Maryland*


STATE OF ALASKA
DAVID W. MARQUEZ
Attorney General
Clyde E. Sniffen, Jr
Assistant Attorney General
Fair Business and Commercial Section
Alaska Attorney General's Office
1031 W. 4th. Avenue # 200
Anchorage, Alaska 99501
(907) 269-5200

*Counsel for the State of Alaska*

STATE OF ARIZONA
TERRY GODDARD
Attorney General
Nancy M. Bonnell
Antitrust Unit Chief
Public Advocacy Division
Office of the Attorney General
1275 West Washington
Phoenix, Arizona 85007-2926
(602) 542-7752

*Counsel for the State of Arizona*

STATE OF ARKANSAS
MIKE BEEBE
Attorney General of Arkansas
Teresa Marks
Deputy Attorney General for Public Protection
Bradford J. Phelps
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-3625

*Counsel for the State of Arkansas*

STATE OF CALIFORNIA
BILL LOCKYER
Attorney General
Richard M. Frank
Chief Deputy Attorney General
J. Thomas Greene
Chief Assistant Attorney General
Kathleen E. Foote
Senior Assistant Attorney General
Ann Marie Marciarille
Deputy Attorney General
Office of the Attorney General
P.O. Box 70550
1515 Clay Street
Oakland, California 94612
(510) 622-2221

*Counsel for the State of California*

STATE OF DELAWARE
M. JANE BRADY
Attorney General
Michael A. Undorf
Deputy Attorney General
Delaware Department of Justice
820 N. French St., 5th Floor   Wilmington, Delaware 19801
(302) 577-8924

*Counsel for the State of Delaware*

DISTRICT OF COLUMBIA
ROBERT J. SPAGNOLETTI
Attorney General
David M. Rubenstein
Deputy Attorney General
Public Safety Division
Bennett Rushkoff (#386925)
Chief, Consumer and Trade Protection Section
Don A. Resnikoff
Assistant Attorney General
Anika Sanders Cooper (#458863)
Assistant Attorney General
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW, Suite 450N
Washington, D.C.  20001
(202) 727-6241

*Counsel for the District of Columbia*

STATE OF FLORIDA
CHARLES J. CRIST, JR.
Attorney General
Patricia A. Conners
Director, Antitrust Division
Elizabeth G. Arthur
Assistant Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300

*Counsel for the State of Florida*

STATE OF IDAHO
LAWRENCE G. WASDEN
Attorney General
Brett T. DeLange
Deputy Attorney General
Consumer Protection Unit
Office of the Attorney General
Len B. Jordan Building
650 W. State St., Lower Level
P. O. Box 83720
Boise, Idaho 83720-0010
(208) 334-2424

*Counsel for the State of Idaho*

STATE OF ILLINOIS
LISA MADIGAN
Attorney General
Robert W. Pratt
Chief, Antitrust Bureau
Office of the Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3722

*Counsel for the State of Illinois*

STATE OF IOWA
THOMAS J. MILLER
Attorney General
John. F. Dwyer
Attorney
Layne M. Lindebak
Assistant Attorney General
2nd Floor, Hoover Office Building
East 13th & Walnut Street
Des Moines, Iowa 50319
(515) 281-7054

*Counsel for the State of Iowa*

STATE OF KANSAS
PHILL KLINE
Attorney General
Karl R. Hansen
Assistant Attorney General
120 SW 10th Street, 2nd Floor
Topeka, Kansas 66612
(785) 296-2215

*Counsel for the State of Kansas*

COMMONWEALTH OF KENTUCKY
GREGORY D. STUMBO
Attorney General
David R. Vandeventer
Assistant Attorney General
Consumer Protection Division
1024 Capital Center Dr.
Frankfort, Kentucky 40601
(502) 696-5389

*Counsel for the Commonwealth of Kentucky*

STATE OF LOUISIANA
CHARLES C. FOTI, JR.
Attorney General
Jane Bishop Johnson
Assistant Attorney General
1885 N. 3rd Street, 4th Floor
Baton Rouge, Louisiana 70802
(225) 326-6467

*Counsel for the State of Louisiana*

STATE OF MAINE
G. STEVEN ROWE
Attorney General
Christina Moylan
Assistant Attorney General
6 State House Station
Augusta, Maine 04333-0006
(207) 626-8800

*Counsel for the State of Maine*

COMMONWEALTH OF MASSACHUSETTS
THOMAS F. REILLY
Attorney General
Judith M. Whiting
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2959

*Counsel for the Commonwealth of Massachusetts*


STATE OF MICHIGAN
MICHAEL A. COX
Attorney General
Michelle M. Rick
Assistant Attorney General
Special Litigation Division
Antitrust Section
G. Mennen Williams Building, 6th Floor
525 W. Ottawa Street
Lansing, Michigan 48913
(517) 373-1123

*Counsel for the State of Michigan*


STATE OF MINNESOTA
MIKE HATCH
Attorney General
Ann Beimdiek Kinsella
Manager, Health/Antitrust Division
Jennifer L. DeKarske
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101
(651) 215-1564

*Counsel for the State of Minnesota*

STATE OF MISSISSIPPI
JIM HOOD
Attorney General
Sondra Simpson McLemore
Special Assistant Attorney General
Post Office Box 22947
Jackson, Mississippi 39225
(601) 359-3748

*Counsel for the State of Mississippi*


STATE OF MISSOURI
JEREMIAH (JAY) W. NIXON
Attorney General
Anne E. Schneider
Assistant Attorney General
Antitrust Counsel
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-8455

*Counsel for the State of Missouri*


STATE OF NEVADA
GEORGE J. CHANOS
Attorney General
Eric Witkoski
Chief Deputy Attorney General
Consumer Advocate
Brian Armstrong
Senior Deputy Attorney General
Office of the Attorney General Nevada
Department of Justice
Bureau of Consumer Protection
555 East Washington Avenue, Suite  3900
Las Vegas, Nevada 89101
(702) 486-3420

*Counsel for the State of Nevada*

STATE OF NEW YORK
ELIOT SPITZER
Attorney General
Jay L. Himes
Bureau Chief, Antitrust Bureau
Elinor R. Hoffmann
Assistant Attorney General, Antitrust Bureau
New York State Department of Law
120 Broadway, Suite 26C
New York, New York 10271-0332
(212) 416-8269

*Counsel for the State of New York*


STATE OF NORTH CAROLINA
ROY COOPER
Attorney General
K. D. Sturgis
Assistant Attorney General
North Carolina Department of Justice
9001 Mail Service Center
Raleigh, North Carolina 27699-9001
(919) 716-6000

*Counsel for the State of North Carolina*


STATE OF NORTH DAKOTA
WAYNE STENEHJEM
Attorney General
Todd A. Sattler, ID No. 05718
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of Attorney General
P.O. Box 1054
Bismarck, North Dakota 58502-1054
(701) 328-5570

*Counsel for the State of North Dakota*

STATE OF OHIO
JIM PETRO
Attorney General
Mitchell L. Gentile
Principal Attorney
Antitrust Section
150 East Gay Street, 20th Floor
Columbus, Ohio 43215
(614) 466-4328

*Counsel for the State of Ohio*


STATE OF OKLAHOMA
W.A. DREW EDMONDSON
Attorney General
Thomas A. Bates
Julie Bays
Assistant Attorneys General
4545 N. Lincoln Blvd., Suite 260
Oklahoma City, Oklahoma 73105
(405) 522-1013

*Counsel for the State of Oklahoma*


STATE OF OREGON
HARDY MYERS
Attorney General
Chin See Ming
Assistant Attorney General
Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301
(503) 947-4333

*Counsel for the State of Oregon*

STATE OF RHODE ISLAND
PATRICK C. LYNCH
Attorney General
Edmund F. Murray, Jr.
Special Assistant Attorney General
Chief, Antitrust Unit
Rhode Island Department of Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 Ext.2401

*Counsel for the State of Rhode Island*


STATE OF SOUTH CAROLINA
HENRY D. McMASTER
Attorney General
C. Havird Jones, Jr.
Senior Assistant Attorney General
P. O. Box 11549
Columbia, South Carolina 29211
(803) 734-3680

*Counsel for the State of South Carolina*


STATE OF TENNESSEE
PAUL G. SUMMERS
Attorney General
S. Elizabeth Martin
Senior Counsel
Antitrust Division
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-5732

*Counsel for the State of Tennessee*

STATE OF TEXAS
GREG ABBOTT
Attorney General
Mark A. Levy
Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711
(512) 936-1847

*Counsel for the State of Texas*

STATE OF UTAH
MARK L. SHURTLEFF
Attorney General
Ronald J. Ockey
Assistant Attorney General
160 East 300 South, Fifth Floor
Salt Lake City, Utah 84111
(801) 366-0359

*Counsel for the State of Utah*

STATE OF VERMONT
WILLIAM H. SORRELL
Attorney General
Julie Brill
Assistant Attorney General
109 State Street
Montpelier, Vermont 05609-1001
(802) 828-3658

*Counsel for the State of Vermont*


   /s/  Peter C. Thomas
Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, District of Columbia 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob, *pro hac vice*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*


      /s/  Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*