IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action Nos.  1:05-cv-2179-CKK |
| | )                              1:05-cv-2182-CKK |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFFS' WITHDRAWAL OF
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
BY DEFENDANT BARR DATED AUGUST 18, 2006 (DOCUMENT 56)[1]**

Plaintiff Federal Trade Commission and the Plaintiff States hereby withdraw their Motion to Compel the Production of Documents by Defendant Barr Pharmaceuticals, Inc., dated August 18, 2006 (Document 56). The parties reached an agreement regarding the scheduling of the production of documents by defendant Barr.

We respectfully advise the Court that our Motion to Compel the Production of Documents by Defendant Barr Pharmaceuticals, Inc., dated July 14, 2006, (Document 47) is still pending before the Court. In addition, the portion of our Motion to Compel the Production of Documents by Defendant Barr Pharmaceuticals, Inc., dated August 9, 2006 (Document 54) relating to the production of information regarding Barr's electronic documents is still pending before the Court.

---

[1] Documents referenced in this motion refer to Documents in Civil Action No. 1:05-cv-2179-CKK.

        Respectfully submitted,

Dated: September 22, 2006

        /s/
Markus H. Meier (DC Bar # 459715)
Bradley S. Albert
Thomas H. Brock (DC Bar # 939207)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, D.C. 20580
Telephone:   (202) 326-3759
Facsimile:   (202) 326-3384
Counsel for Plaintiff
Federal Trade Commission


        /s/
Devin M. Laiho
Assistant Attorney General
Consumer Protection Section
STATE OF COLORADO
1525 Sherman Street, 5th Floor
Denver, CO 80203
(303) 866-5079
Counsel for the Plaintiff States