IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:05-CV-2179-CKK |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF INTENT OF FEDERAL TRADE COMMISSION TO FILE APPLICATION
FOR PRELIMINARY INJUNCTION IN PAPER FORMAT UNDER SEAL**

Pursuant to Paragraph 4 of the Court's Order dated November 14, 2005 (Document No. 2), and paragraph 11 of the Joint Protective Order Governing Discovery Material dated April 4, 2006 (Document No. 40), Plaintiff Federal Trade Commission notices its intent to file, in paper format and under seal, its (i) Application for Preliminary Injunction and Motion for Expedited Consideration of its Application; (ii) Statement of Points and Authorities in Support of Plaintiff Federal Trade Commission's Application for a Preliminary Injunction; (iii) Exhibits in Support of Plaintiff Federal Trade Commission's Application for a Preliminary Injunction; and (iv) [Proposed] Order Granting Plaintiff Federal Trade Commission's Application for Preliminary Injunction.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 25, 2006 |    /s/ |

Markus H. Meier (DC Bar # 459715)
Bradley S. Albert
Thomas H. Brock (DC Bar # 939207)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, D.C. 20580
Telephone:    (202) 326-3759
Facsimile:    (202) 326-3384

Counsel for Plaintiff
Federal Trade Commission