A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission,
)
        Plaintiff(s)      )    **APPEARANCE**
)
)
        vs.               )    CASE NUMBER    1:05-cv-2179-CKK
Warner Chilcott Holdings Company III, Ltd., )
et al.,                           )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of    Philip M. Eisenstat    as counsel in this
                                       (Attorney's Name)

case for:    Federal Trade Commission
               (Name of party or parties)

September 27, 2006
Date

/s/ Philip M. Eisenstat
Signature

Philip M. Eisenstat
Print Name

BAR IDENTIFICATION

600 Pennsylvania Avenue, N.W.
Address

Washington,    D.C.         20580
City         State         Zip Code

(202) 326-2769
Phone Number