UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------- x
FEDERAL TRADE COMMISSION, :
:
    Plaintiff, :
:
v. :
: Civil Action No: 1:05CV02179 (CKK)
WARNER CHILCOTT HOLDINGS COMPANY : Judge Colleen Kollar-Kotelly
III, LTD., *et al.*, :
:
    Defendants. :
:
------------------------------------------------------- x


------------------------------------------------------- x
STATE OF COLORADO, *et al.*, :
:
    Plaintiffs, :
:
v. :
: Civil Action No: 1:05CV02182 (CKK)
WARNER CHILCOTT HOLDINGS COMPANY : Judge Colleen Kollar-Kotelly
III, LTD., *et al.*, :
:
    Defendants. :
:
------------------------------------------------------- x


------------------------------------------------------- x
MEIJER, INC., *et al.*, :
:
    Plaintiffs, :
:
v. :
: Civil Action No: 1:05CV02195 (CKK)
WARNER CHILCOTT HOLDINGS COMPANY : Judge Colleen Kollar-Kotelly
III, LTD., *et al.*, :
:
    Defendants. :
:
------------------------------------------------------- x

```
------------------------------------------------------    x
VISTA HEALTHPLAN, INC., et al.,                           :
                                                          :
        Plaintiffs,                                       :
                                                          :
v.                                                        :   Civil Action No: 1:05CV02327 (CKK)
                                                          :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                          :
III, LTD., et al.,                                        :
                                                          :
        Defendants.                                       :
------------------------------------------------------    x


------------------------------------------------------    x
STEPHANIE COHEN, et al.,                                  :
                                                          :
        Plaintiffs,                                       :
                                                          :
v.                                                        :   Civil Action No: 1:06CV00401 (CKK)
                                                          :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT PUBLIC LIMITED                            :
COMPANY, et al.,                                          :
                                                          :
        Defendants.                                       :
------------------------------------------------------    x


------------------------------------------------------    x
WALGREEN CO., et al.,                                     :
                                                          :
        Plaintiffs,                                       :
                                                          :
v.                                                        :   Civil Action No: 1:06CV00494 (CKK)
                                                          :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                          :
III, LTD., et al.,                                        :
                                                          :
        Defendants.                                       :
------------------------------------------------------    x
```

```
------------------------------------------------------- x
CVS PHARMACY, INC., et al.,                             :
                                                        :
        Plaintiffs,                                     :
                                                        :
v.                                                      :   Civil Action No: 1:06CV00795 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
        Defendants.                                     :
------------------------------------------------------- x
```

## MOTION OF DEFENDANTS
## FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Warner Chilcott Public Limited Company, and Galen (Chemicals) Ltd. (collectively "Defendants") move for the admission of Jason P. Rubin of the law firm Simpson Thacher & Bartlett LLP to represent Defendants in these actions. Mr. Rubin is a member in good standing of the following bars: the State of New York and the United States District Court for the Southern District of New York. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Rubin should this Motion be granted.

October 3, 2006                                   Respectfully submitted,


                                    By:    /s/ Peter C. Thomas
                                           _____
                                           Peter C. Thomas, D.C. Bar # 495928
                                           SIMPSON THACHER & BARTLETT LLP
                                           601 Pennsylvania Avenue, N.W.
                                           North Building
                                           Washington, D.C.  20004
                                           (202) 220-7700

                                           *Counsel for Defendants*