# EXHIBIT A

# Redacted Page

**Filed under seal pursuant to Joint Protective Order Governing Discovery Material dated April 3, 2006**