# EXHIBIT C



## *IMPORTANT TRADE NOTICE*

## New Formulation for Ovcon 35

### September 8, 2006

**Warner Chilcott is pleased to announce that Ovcon 35 Fe® is now available. The new Ovcon 35 Fe® replaces Ovcon 35. Warner Chilcott requests that you update your databases to reflect these new NDC numbers. Also, we ask that you cross-reference (link) the new NDC numbers to the old NDC numbers so that purchasing, prescription fulfillment and reimbursement coverage are not interrupted.**

| Product Name | Case Pack | NDC | WAC |
|---|---|---|---|
| **_New_** <br> **Ovcon® 35 Fe** <br> (norethindrone and ethinyl estradiol tablets, chewable and ferrous fumarate tablets) 0.4mg/35mcg | 72 | 0430-0581-14 | $199.29 |
| **_Old_** <br> Ovcon 35 <br> (NORETHINDRONE and ETHINYL ESTRADIOL Tablets, 5 X 28) | 72 | 0430-0580-14 | $199.29 |

If you have any questions or concerns regarding this change, please contact Warner Chilcott Customer Service at 800-424-5202. Thank you in advance for your prompt attention in this matter and making the necessary changes in your databases.

Sincerely,

Jim Black
Sr. Manager, Trade Relations