**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FEDERAL TRADE COMMISSION

Plaintiff,

v.

WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., and BARR PHARMACEUTICALS, INC.,

Defendants.

Civil Action No. 1:05-CV-02179

Judge Colleen Kollar-Kotelly

**DEFENDANT WARNER CHILCOTT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (collectively, "Warner Chilcott") bring this motion to dismiss the First Amended Complaint (the "Complaint") filed by the Federal Trade Commission ("FTC" or "Plaintiff") in the above-captioned action.

The grounds for this motion, as more fully set forth in the attached memorandum of law, are that on September 25, 2006, with the launch of its chewable version of Ovcon 35 underway, Warner Chilcott irrevocably waived all exclusivity provisions in the Ovcon license and supply agreements with Defendant Barr Pharmaceuticals, Inc. ("Barr"). These are the very provisions that the FTC seeks to enjoin in this action. Subsequently, Barr announced that it would enter the market with a generic version of regular Ovcon 35 in October 2006. These

developments render the First Amended Complaint moot and it must be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.

October 5, 2006

/s/ Peter C. Thomas

Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, District of Columbia 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob, *pro hac vice*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*