IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 1:05-CV-2179<br><br>Judge Colleen Kollar-Kotelly |

## DEFENDANT WARNER CHILCOTT'S
## MOTION TO FILE UNDER SEAL

Pursuant to Civil Local Rule 5.1, Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals) Ltd. ("Warner Chilcott" or "Defendants"), by and through its undersigned counsel, hereby move to file under seal the Affidavit of Peter C. Thomas in Support of the Warner Chilcott Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Thomas Affidavit"), which contains an exhibit designated as Confidential.

Exhibit A to the Thomas Affidavit contains "confidential" information as defined by Paragraph 1(b) of the Joint Proposed Protective Order Governing Discovery Material, dated April 25, 2006 ("Order"). Due to the confidential nature of this document, Defendants hereby

request permission, pursuant to Paragraph 11 of the Order, to file this document and the related pleadings under seal.

| | |
|---|---|
| October 5, 2006 | Respectfully submitted, |
| | By: /s/ Peter C. Thomas |

Peter C. Thomas, D.C. Bar # 495928
Andrew M. Lacy, D.C. Bar # 496644

SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, NW
North Building
Washington, D.C. 20004
(202) 220-7700

Charles E. Koob, *pro hac vice*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*