IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 1:05CV02179<br><br>Judge Colleen Kollar-Kotelly |

**DEFENDANT BARR PHARMACEUTICALS, INC.'S MOTION TO DISMISS
THE FTC'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

Barr Pharmaceuticals, Inc. ("Barr") hereby moves to dismiss the FTC's complaint for lack of subject matter jurisdiction, because the FTC's case is moot. As set out more fully in the attached memorandum of law, the FTC's complaint seeks only to enjoin Barr and Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (collectively, "Warner Chilctott") from operating under or enforcing an exclusive License and Supply arrangement for Ovcon 35. On September 25, 2006, however, Warner Chilcott irrevocably waived all exclusivity provisions of the Defendants' License and Supply Agreement and, one day later, Barr announced its intention to introduce a generic version of Ovcon. These recent developments thus render the FTC's First Amended Complaint moot. The FTC's complaint therefore

should be dismissed for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

Date:   October 6, 2006 Respectfully submitted,

/s/  Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar #  430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia  20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*