IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., and BARR PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No. 1:05CV02179<br><br>Judge Colleen Kollar-Kotelly |

## NOTICE OF FILING UNDER SEAL

Pursuant to Civil Local Rule 5.1, Defendant Barr Pharmaceuticals, Inc. ("Barr"), by counsel, has filed under seal Exhibit A to Barr's Brief in Support of its Motion to Dismiss the FTC's Complaint for Lack of Subject Matter Jurisdiction.

Exhibit A contains information designated "confidential" pursuant to Paragraph 1(b) of the Joint Proposed Protective Order Governing Discovery Material, dated April 25, 2006.

October 6, 2006

/s/ Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia 20005
(202) 879-5000
(202) 879-5200 (fax)