IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) )  |
| Plaintiff, | ) ) )  |
| v. | ) )  Civil Action No. 1:05-cv-2179-CKK |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) ) ) )  |
| Defendants. | ) ) |

**Notice of Plaintiff Federal Trade Commission's Withdrawal of Its
Motion for Preliminary Injunction Dated September 25, 2006**

Plaintiff Federal Trade Commission hereby notifies the Court of the withdrawal of its motion for preliminary injunction dated September 25, 2006 (Document No. 70) (filed under seal).

This litigation challenges the exclusivity provision of a March 24, 2004 agreement between defendants Warner Chilcott Holdings Company III, Ltd., *et al.*, and Barr Pharmaceuticals, Inc. Under this agreement, Barr agreed to forgo the introduction of its generic version of regular Ovcon for five years.

On September 25, 2006, we filed a motion seeking a preliminary injunction enjoining Warner Chilcott from terminating its distribution of regular Ovcon. Later that same day, Warner Chilcott announced that it signed a waiver terminating the exclusivity provision of the agreement.[1] And, on September 26, 2006, Barr announced that it intended to introduce a generic

---

[1] http://ir.wcrx.com/releasedetail.cfm?ReleaseID=212210.

version of Ovcon in October 2006.[2]  Based on these developments, we are withdrawing our motion for a preliminary injunction.

                                          Respectfully submitted,

Dated: October 10, 2006                    /s/
                                        Markus H. Meier (DC Bar # 459715)
                                        Bradley S. Albert
                                        Thomas H. Brock (DC Bar # 939207)
                                        Federal Trade Commission
                                        601 New Jersey Avenue, N.W.
                                        Washington, D.C. 20580
                                        Telephone:    (202) 326-3759
                                        Facsimile:    (202) 326-3384

                                        Counsel for Plaintiff
                                        Federal Trade Commission

---

[2] http://phx.corporate-ir.net/phoenix.zhtml?c=60908&p=irol-newsArticle&ID=909303&highlight=.