## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:05-CV-02179 |
| | ) |
| v. | ) Judge Colleen Kollar-Kotelly |
| | ) |
| WARNER CHILCOTT HOLDINGS | ) |
| COMPANY III, LTD., WARNER | ) |
| CHILCOTT CORPORATION, WARNER | ) |
| CHILCOTT (US) INC., WARNER | ) |
| CHILCOTT COMPANY, INC., and | ) |
| BARR PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF DEFENDANT WARNER CHILCOTT'S WITHDRAWAL OF ITS MOTION TO DISMISS DATED OCTOBER 5, 2006

Defendants Warner Chilcott Holdings Company, III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (together "Warner Chilcott") hereby withdraw their Motion to Dismiss for Lack of Subject Matter Jurisdiction, dated October 5, 2006 (Document No. 80-1).

Dated:  October 10, 2006

Respectfully submitted,

/s/ Peter C. Thomas
Peter C. Thomas D.C. Bar #495928
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, District of Columbia 20004
(202) 220-7700
(202) 220-7702 (fax)

*Counsel for the Warner Chilcott Defendants*