IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>Defendants. | Civil Action No. 1:05-CV-2179-CKK |

**NOTICE OF INTENT OF FEDERAL TRADE COMMISSION TO FILE UNDER SEAL EXHIBIT B IN SUPPORT OF ITS OPPOSITION TO DEFENDANT BARR PHARMACEUTICALS' MOTION TO DISMISS FTC COMPLAINT AS MOOT**

Pursuant to Civil Local Rule 5.1, Paragraph 4 of the Court's Order dated November 14, 2005 (Document No. 2), and paragraph 11 of the Joint Protective Order Governing Discovery Material dated April 4, 2006 (Document No. 40), Plaintiff Federal Trade Commission notices its intent to file, in paper format and under seal, Exhibit B to its Opposition to Defendant Barr Pharmaceuticals' Motion to Dismiss FTC Complaint as Moot.

Dated: October 20, 2006

Respectfully submitted,

*/s/ Mark Meier*

Markus H. Meier (DC Bar # 459715)
Bradley S. Albert
Thomas H. Brock (DC Bar # 939207)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, D.C. 20580
Telephone:    (202) 326-3759
Facsimile:    (202) 326-3384

Counsel for Plaintiff
Federal Trade Commission