# EXHIBIT A



Print page | E-mail page | Download PDF | Add to briefcase
« Previous Release | Next Release »

## The FTC Files a New Motion in Connection with Ongoing Ovcon Litigation

HAMILTON, Bermuda, September 26, 2006 - - As disclosed in the Prospectus dated September 20, 2006 filed by Warner Chilcott Limited with the SEC, Warner Chilcott Limited is currently party to litigation with the FTC and 34 states plus the District of Columbia relating to its agreements with Barr for the supply of Ovcon 35. At issue in the litigation are the exclusivity provisions in these agreements, which provide that Barr exclusively supply Ovcon 35 to the Company, and the alleged anti-competitive effects of these provisions. Barr is the Company's sole source of supply for Ovcon 35.

In August 2006, the Company completed manufacturing validation for a chewable version of Ovcon 35, Ovcon Chewable. In September of 2006, the Company launched Ovcon Chewable and stopped shipping Ovcon 35 to consumers as it began the process of transitioning from Ovcon 35 to Ovcon Chewable.

On September 25, 2006, the FTC filed a new motion in the ongoing litigation alleging that the Company's transition from Ovcon 35 to Ovcon Chewable would impede the market for a generic version of Ovcon 35. The FTC's motion seeks a preliminary injunction that, if granted, would require the Company to continue to supply Ovcon 35 on a basis comparable to Ovcon Chewable, including with respect to pricing, sampling and availability, in order to enable the possible entrance of a generic version of Ovcon 35 into the marketplace. The FTC's motion does not seek to restrain the Company's continuing roll out of Ovcon Chewable.

The Company believes the new relief requested by the FTC is without merit and intends to contest the FTC's motion vigorously. As disclosed in the Company's Prospectus dated September 20, 2006, as a result of the launch of Ovcon Chewable and the Company's eventual phase-out of Ovcon 35, it had expected to engage in discussions with Barr about the effect of the launch on their agreements. On September 25, 2006, following a review by the Company of its agreements with Barr relating to Ovcon 35, the Company signed a waiver which terminated the exclusivity provisions contained therein. The remaining provisions of the Barr agreements remain unchanged. Since the principal equitable relief sought in the initial Ovcon 35 FTC litigation referred to above was the termination of these exclusivity provisions, the Company intends to promptly file a motion to dismiss this litigation.

The Company

Warner Chilcott is a leading specialty pharmaceutical company focused on marketing, selling, developing and manufacturing branded prescription products in women's healthcare and dermatology in the United States.

Contact:
Paul Herendeen
Chief Financial Officer
Tel: +1 973-442-3200
email: pherendeen@wcrx.com

Close window | Back to top

http://ir.wcrx.com/releasedetail.cfm?ReleaseID=212210

1 : 05-CV-2179-CKK

10/18/2006