# EXHIBIT B

## HIGHLY CONFIDENTIAL - FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER DATED APRIL 4, 2006