IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20580<br><br>                    Plaintiff,<br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD.<br>   100 Enterprise Drive<br>   Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT CORPORATION<br>   100 Enterprise Drive<br>   Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT (US) INC.<br>   100 Enterprise Drive<br>   Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT COMPANY, INC.<br>   Union Street, Km. 1.1<br>   Fajardo, Puerto Rico 00738<br><br>                    Defendants. | Civil Action No. 1:05-cv-02179-CKK |

### Notice of Intent of Federal Trade Commission and Warner Chilcott to
### File under Seal Its Joint Motion For
### Entry of Final Order and Stipulated Permanent Injunction

Pursuant to Civil Local Rule 5.1, Paragraph 4 of the Court's Order dated November 14, 2005 (Document No. 2), and paragraph 11 of the Joint Protective Order Governing Discovery Material dated April 4, 2006 (Document No. 40), Plaintiff Federal Trade Commission and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. notice its intent to file, in paper format

and under seal, its Joint Motion for Entry of Final Order and Stipulated Permanent Injunction.

Respectfully submitted,

/s/
Peter C. Thomas (D.C. Bar #495928)
Simpson Thacher & Bartlett LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, D.C. 20004
(202) 220-7700

Counsel for Defendant
Warner Chilcott

Dated: October 20, 2006

/s/
Markus H. Meier (D.C. Bar # 459715)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3759

Counsel for Plaintiff
Federal Trade Commission