# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br>600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20580<br><br>                      Plaintiff,<br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD.<br>    100 Enterprise Drive<br>    Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT CORPORATION<br>    100 Enterprise Drive<br>    Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT (US) INC.<br>    100 Enterprise Drive<br>    Rockaway, N.J. 07866-2129<br><br>WARNER CHILCOTT COMPANY, INC.<br>    Union Street, Km. 1.1<br>    Fajardo, Puerto Rico 00738 | Civil Action No. 1:05cv02179 CKK |

**Stipulation For Entry of Final Order and**
**Stipulated Permanent Injunction**

It is stipulated by and between Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc. (collectively "Warner Chilcott"), and Plaintiff Federal Trade Commission ("the undersigned parties"), by their respective attorneys, that:

(1)    The undersigned parties consent that the Court may file and enter a Final Order and Stipulated Permanent Injunction ("Final Order") in the form attached to this Stipulation for

1

Entry of Final Order and Stipulated Permanent Injunction ("Stipulation"), on the Court's own motion or on the motion of any party at any time, and without further notice to any party or other proceedings, if Plaintiff has not withdrawn its consent, which it may do at any time before the entry of judgment by serving notice of its withdrawal on Defendant and filing that notice with the Court;

(2) Defendant waives any objection to venue or jurisdiction for purposes of the Final Order;

(3) In the event Plaintiff withdraws its consent or if the proposed Final Order is not entered pursuant to this Stipulation, this Stipulation shall be of no effect whatever and the making of this Stipulation shall be without prejudice to any party in this or any other proceeding.

**For Defendant**
**Warner Chilcott:**

Peter C. Thomas (D.C. Bar #495928)
Simpson Thacher & Bartlett LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, D.C. 20004
(202) 220-7700

**For Plaintiff**
**Federal Trade Commission:**

Markus H. Meier (D.C. Bar # 459715)
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(202) 326-3759

Dated: October 10, 2006

2