AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission,

    Plaintiff(s)

vs.

Barr Pharmaceuticals, Inc.,

    Defendant(s)

**APPEARANCE**

CASE NUMBER  1:05-cv-2179-CKK

To the Clerk of this court and all parties of record:

Please enter the appearance of __Meredyth Smith Andrus__ as counsel in this
(Attorney's Name)

case for: __Federal Trade Commission__
(Name of party or parties)

October 26, 2006
Date

_[signature]_
Signature

MD 25842
BAR IDENTIFICATION

Meredyth Smith Andrus
Print Name

601 New Jersey Ave., N.W.
Address

Washington, D.C.   20580
City       State       Zip Code

(202) 326-2863
Phone Number