AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission,

       Plaintiff(s)      )  **APPEARANCE**

       vs.      )  CASE NUMBER  1:05-cv-2179-CKK

Barr Pharmaceuticals, Inc.

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __June Im__ as counsel in this
       (Attorney's Name)

case for: __Federal Trade Commission__
       (Name of party or parties)

October 25, 2006
Date

*/s/ June Im*
Signature

June Im
Print Name

477297
BAR IDENTIFICATION

601 New Jersey Ave, N.W.
Address

Washington, DC    20001
City  State  Zip Code

(202) 326-2279
Phone Number