IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:05CV02179 |
| v. ) | |
| ) | Judge Colleen Kollar-Kotelly |
| WARNER CHILCOTT HOLDINGS ) | |
| COMPANY III, LTD., WARNER ) | |
| CHILCOTT CORPORATION, WARNER ) | |
| CHILCOTT (US) INC., WARNER ) | |
| CHILCOTT COMPANY, INC., and ) | |
| BARR PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT BARR PHARMACEUTICALS, INC.'S
MOTION TO FILE UNDER SEAL**

Pursuant to Civil Local Rule 5.1(j), Defendant Barr Pharmaceuticals, Inc. ("Barr"), by and through its undersigned counsel, hereby moves to file under seal Barr's Reply in Support of Motion to Dismiss and accompanying exhibits, which contain information designated as "highly confidential" pursuant to Paragraph 1(b) of the Joint Proposed Protective Order Governing Discovery Material, dated April 5, 2006 ("Protective Order").

October 30, 2006

                                                                  /s/ Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*