**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WARNER CHILCOTT HOLDINGS | ) |
| COMPANY III, LTD., WARNER | ) |
| CHILCOTT CORPORATION, WARNER | ) |
| CHILCOTT (US) INC., WARNER | ) |
| CHILCOTT COMPANY, INC., and | ) |
| BARR PHARMACEUTICALS, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Civil Action No. 1:05CV02179

Judge Colleen Kollar-Kotelly

## NOTICE OF FILING UNDER SEAL

Pursuant to Local Rule 5.1(j), Defendant Barr Pharmaceuticals, Inc, ("Barr"), by counsel, will file under seal Barr's Reply In Support of Motion to Dismiss and accompanying exhibits.

Barr's Reply contains information designated as "highly confidential" pursuant to Paragraph 1(b) of the Joint Proposed Protective Order Governing Discovery Material, dated April 5, 2006.

October 30, 2006

____/s/ Karen N. Walker____
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*