# EXHIBIT B

**Filed Under Seal Pursuant to Protective Order**