# EXHIBIT C

**Filed Under Seal Pursuant to Protective Order**