IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARR PHARMACEUTICALS, INC., )<br>)<br>Defendant. )<br> ) | Civil Action No. 1:05-CV-2179-CKK<br>Before Magistrate Judge Kay |
| STATE OF COLORADO, *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS )<br>COMPANY III, LTD., *et al.*, )<br>)<br>Defendants. )<br> ) | Civil Action No. 1:05-CV-2182-CKK |

**MOTION OF FEDERAL TRADE COMMISSION AND PLAINTIFF STATES
TO FILE SURREPLY BRIEF BEFORE MAGISTRATE JUDGE KAY**

The Federal Trade Commission and the State of Colorado, *et al.,* respectfully move for leave to file the enclosed surreply brief in support of Plaintiffs' Expedited Motion to Compel Defendant Barr to Comply With Rule 34(b), Fed. R. Civ. P., dated August 9, 2006 (Document 54),[1] which has been referred to Magistrate Judge Kay.

---

[1] Documents referenced in this motion refer to Documents in Civil Action No. 1:05-cv-2179-CKK.

Plaintiffs' motion seeks the production of certain electronic documents by defendant Barr in response to our First Request for the Production of Documents, dated May 5, 2006. As set forth in the attached memorandum, since the motion was filed, defendant Barr has supplemented its response to our First Request by producing more than 500,000 pages of documents. Plaintiffs submit this surreply to advise the Court that the same discovery issues addressed in the original motion also arise with respect to Barr's supplemental productions of documents, and to request that any ruling on the August 9, 2006 motion be extended to this and other supplemental productions.

Respectfully submitted,

Dated: November 1, 2006

   /s/
Markus H. Meier (DC Bar # 459715)
Bradley S. Albert
Thomas H. Brock (DC Bar # 939207)
601 New Jersey Avenue, N.W.
Washington, D.C. 20580
(202) 326-3759

Counsel for Plaintiff
Federal Trade Commission

   /s/
Devin M. Laiho
Assistant Attorney General
Consumer Protection Section
STATE OF COLORADO
1525 Sherman Street, 5th Floor
Denver, CO 80203
(303) 866-5079

Counsel for the Plaintiff States