# EXHIBIT A

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Karen N. Walker
To Call Writer Directly:
202 879-5096
kwalker@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

September 13, 2006

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
Room 360
600 Pennsylvania Avenue, N.W.
Washington, DC   20580

Re:    *Ovcon Antitrust Litigation*

Dear Tom:

I am responding to your letter of Saturday, September 9. As an initial matter, it is unlikely you will receive responses to your letters "promptly" as you request when you write to me on Saturdays and federal holidays. Moreover, as you can appreciate, I have been travelling and determining whether certain measures are acceptable to my client and feasible for the document collection team, I have to coordinate with numerous other people, including outside vendors. This takes time. In any event, we are prepared to commit to get you the documents of deponent-custodians ten days prior to deposition (except of course for those already within the ten day window), provided that you will be withdrawing your pending motion to compel dated August 18, 2006.

In addition, I understand that we will be able to send you today most of the native file format documents you previously requested. Lisa Horton will be forwarding those promptly.

Sincerely,

Karen N. Walker

cc: Contact Attorneys Via DealRoom

Chicago          London          Los Angeles          New York          San Francisco