IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**BARR PHARMACEUTICALS, INC.,**<br><br>Defendant. | Civ. Action No.: 1:05-CV-02179-CKK<br><br>Judge Colleen Kollar-Kotelly |
| **STATE OF COLORADO,** *et al.***,**<br><br>Plaintiffs,<br><br>v.<br><br>**WARNER CHILCOTT HOLDINGS CO. III, LTD.,** *et al.*<br><br>Defendants. | Civ. Action No.:  1:05-CV-02182-CKK<br><br>Judge Colleen Kollar-Kotelly |

**BARR PHARMACEUTICALS, INC.'S REQUEST FOR
ONE-DAY EXTENSION OF TIME TO RESPOND TO
<u>GOVERNMENT PLAINTIFFS' JOINT REQUESTS FOR ADMISSIONS</u>**

Barr Pharmaceuticals, Inc. ("Barr") files this Motion for a one-day extension of time to serve its responses to Federal Trade Commission's and State Plaintiffs' (collectively "Government Plaintiffs") Joint Requests for Admissions, currently due on November 17, 2006. In support of this motion, Barr states:

1.   On October 3, 2006, the Court entered a Minute Order stating that "Defendants shall have until and including November 17, 2006 to provide responses to Plaintiffs' September 15, 2006 fact discovery requests . . . ."

2. On November 15, 2006, Warner Chilcott and Barr requested a one-day courtesy extension of time from both State Plaintiffs and the Federal Trade Commission to complete their responses to Government Plaintiffs' Joint Requests for Admissions and State Plaintiffs' Interrogatories.

3. State Plaintiffs immediately consented to this one-day extension, allowing Warner Chilcott and Barr to respond to Government Plaintiffs' Joint Requests for Admissions and State Plaintiffs' Interrogatories on November 20, 2006.

4. The Federal Trade Commission today informed Barr that it does not consent to a one-day extension of time to respond to Government Plaintiffs' Joint Requests for Admissions.

5. The Federal Trade Commission specifically asked Barr to advise the Court that while it does not consent to this one-day extension of time, it will not file papers in opposition to this motion.

6. Barr believes that since State Plaintiffs have agreed to a one-day courtesy extension of time to respond to Government Plaintiffs' Joint Requests for Admissions, a one-day extension of time will not prejudice the Federal Trade Commission, the party with whom State Plaintiffs served the requests.

7. This request for an extension of time is not made to delay or harass, but is made solely so that Barr can adequately respond to Government Plaintiffs' Joint Requests for Admissions.

For the foregoing reasons, Barr respectfully requests that the Court grant its request for a one-day extension of time to respond to Government Plaintiffs' Joint Requests for Admissions.

| | |
|---|---|
| Date:   November 17, 2006 | Respectfully submitted, |
| | /s/ Karen N. Walker |
| | Karen N. Walker (D.C. Bar # 412137)<br>Mark L. Kovner (D.C. Bar # 430431)<br>Chong S. Park (D.C. Bar # 463050)<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth St., N.W.<br>Suite 1200<br>Washington, D.C.  20005<br>Tel. (202) 879-5000<br>Fax (202) 879-5200 |
| | ***Counsel for Defendant Barr Pharmaceuticals, Inc.*** |