# EXHIBIT B

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Chong Seok Park
To Call Writer Directly:
202 879-5202
cpark@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

November 15, 2006

**By E-Mail and Electronic Filing Service**

Bradley S. Albert, Esq.
Federal Trade Commission
601 New Jersey Avenue NW, Room 360
Washington, DC 20850

Re:   Ovcon Antitrust Litigation

Dear Mr. Albert:

I write in response to your November 13, 2006 letter.

While in most cases a deposition taken in one case is not automatically entitled to be treated as if taken in a related case, the parties to these related actions, including the Federal Trade Commission, agreed in our Joint Case Management Order that "[d]epositions taken in any of the Pending Cases shall be treated as if they were obtained through discovery in the above-captioned cases." (CMO ¶ 18.)

The FTC, therefore, may not unilaterally declare that "depositions taken in the private plaintiff lawsuits after November 17, 2006 are not admissible in [the FTC] litigation," while reserving the right to pick and choose on a "witness-by-witness basis" the depositions in which the FTC would like to participate. (Nov. 13, 2006 Letter from B. Albert to C. Park.) In addition, and as is generally the practice in litigation, whether any such prior testimony will be admissible at trial in the FTC action ultimately will be a determination made by the Court at the appropriate time.

Sincerely,

/s/ Chong S. Park

Chong S. Park

cc:   Markus Meier
      Tom Brock
      Contact Attorneys Via DealRoom

Chicago     London     Los Angeles     Munich     New York     San Francisco