# EXHIBIT C

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-3527

E-MAIL ADDRESS
arizzi@stblaw.com

VIA EMAIL                                                          November 15, 2006

Thomas H. Brock, Esq.
Bureau of Competition
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580

Dear Tom:

    I write in response to your letter of November 14, 2006. While I agree that Warner Chilcott is no longer a party to the Federal Trade Commission case, I disagree with your position concerning the deposition of Ms. Howson. I refer you to the letter from Mr. Park to Mr. Albert dated November 15, 2006. Warner Chilcott agrees with the position Mr. Park has outlined in that letter.

Very truly yours,

/s/

Annette C. Rizzi

cc:    Peter Thomas
        Karen Walker
        Devin Laiho
        Contact Attorneys (via website)