# EXHIBIT D

SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
212-455-3527

E-MAIL ADDRESS
arizzi@stblaw.com

<u>VIA EMAIL</u>

November 22, 2006

Devin M. Laiho, Esq.
Assistant Attorney General
State of Colorado
1525 Sherman Street, Fifth Floor
Denver, CO 80203

Dear Devin:

      I write in response to your email today concerning the use of transcripts of deposition testimony taken in the private cases in the States' case. There is no need at this time for the States to file a motion for a protective order. The deposition of Ms. Howson, a non-party witness, has already been scheduled in the private cases at a date convenient to that witness. To file a motion for a protective order at this point will only needlessly burden the Court and increase the parties' legal expenses. We understand the States have registered their objection to the use of Ms. Howson's deposition in the States' case. Warner Chilcott disagrees with that objection and refers you to the Case Management Order entered in all the coordinated cases. It is our position that the States have both ample notice and a full opportunity to cross-examine Ms. Howson. However, if the States choose not to attend the deposition, we will not take the position that the States have waived their right to object to the admissibility of Ms. Howson's testimony in the States' case. Our position will be that any such objection, although not waived, is without merit.

LOS ANGELES     PALO ALTO     WASHINGTON, D.C.     HONG KONG     LONDON     TOKYO

SIMPSON THACHER & BARTLETT LLP

Devin M. Laiho, Esq.                                -2-                                November 22, 2006

It is simply premature to burden the Court with issues of admissibility of evidence at this time.

                                          Very truly yours,

                                          /s/ Annette C. Rizzi

                                          Annette C. Rizzi

cc:    Peter Thomas
        Karen Walker
        Bradley Albert
        Contact Attorneys (via Dealroom)