IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BARR PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 1:05-CV-2179-CKK-AK<br><br>Judge Colleen Kollar-Kotelly<br>Magistrate Judge Alan Kay |
| STATE OF COLORADO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>Defendants. | Civil Action No. 1:05-CV-2182-CKK<br><br>Judge Colleen Kollar-Kotelly<br>Magistrate Judge Alan Kay |

### NOTICE OF FILING UNDER SEAL

Pursuant to Local Rule 5.1(j), Defendant Barr Pharmaceuticals, Inc, ("Barr"), by counsel, will file under seal Barr's Opposition to Government Plaintiffs' Motion for Protective Order and accompanying exhibits.

Barr's Opposition contains information designated as "highly confidential" pursuant to Paragraph 1(b) of the Joint Proposed Protective Order Governing Discovery Material, dated April 5, 2006.

| | |
|---|---|
| December 8, 2006 |    /s/ Karen N. Walker<br>Karen N. Walker (D.C. Bar # 412137)<br>Mark L. Kovner (D.C. Bar # 430431)<br>Chong S. Park (D.C. Bar # 463050)<br>Patrick M. Bryan (D.C. Bar # 490177)<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, N.W.<br>Washington, District of Columbia 20005<br>Tel. (202) 879-5000<br>Fax (202) 879-5200<br><br>*Counsel for Barr Pharmaceuticals, Inc.* |