# DOCUMENT FILED UNDER SEAL

## PURSUANT TO PROTECTIVE ORDER DATED APRIL 5, 2006