UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD, *et al.*,<br><br>      Defendants. | Civil Action No. 05-2179 (CKK) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 22nd day of January, 2007, hereby

**ORDERED** that [83] Defendant Barr Pharmaceuticals, Inc.'s Motion to Dismiss the FTC's Complaint as Moot is DENIED.

                              /s/
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge