# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>BARR PHARMACEUTICALS, INC.,<br><br>    Defendants. | Civil Action No.:<br>05-2179 (CKK)<br><br>Judge Colleen Kollar-Kotelly |
| STATE OF COLORADO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., et al.,<br><br>    Defendants. | Civil Action No.:<br>05-2182 (CKK)<br><br>Judge Colleen Kollar-Kotelly |

### NOTICE AND REQUEST OF FILING OF MOTION TO STRIKE THE EXPERT REPORT OF RICHARD P. DICKEY OR IN THE ALTERNATIVE FOR LEAVE TO FILE EXPERT REBUTTAL REPORT (DOCKET ENTRY #107 AND ACCOMPANYING EXHIBITS) UNDER SEAL

Pursuant to Civil Local Rule 5.1, Paragraph 4 of the Court's Order dated November 14, 2005, and paragraph 11 of the Joint Protective Order Governing Discovery Material dated April 4, 2006, Defendant Barr notices its intent and request to place its original Motion to Strike The Expert Report Of Richard P. Dickey Or In The Alternative For Leave To File Expert Rebuttal Report, and accompanying exhibits (Docket Entry #107 and accompanying exhibits) under seal. Herewith, Defendant Barr will refile Docket Entry #107 and accompanying exhibits in paper

form and request the Clerk of the Court to place the original Docket Entry #107 and accompanying exhibits under seal.

Date:   February 2, 2007                    Respectfully submitted,

                                              /s/  Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar #  430431)
Patrick M. Bryan (D.C. Bar # 490177)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia  20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*