# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, ) | |
| ) | Civil Action No.: |
| Plaintiff, ) | 05-2179 (CKK) |
| ) | |
| v. ) | |
| ) | Judge Colleen Kollar-Kotelly |
| BARR PHARMACEUTICALS, INC., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| STATE OF COLORADO, et al., ) | |
| ) | Civil Action No.: |
| Plaintiffs, ) | 05-2182 (CKK) |
| ) | |
| v. ) | |
| ) | Judge Colleen Kollar-Kotelly |
| WARNER CHILCOTT HOLDINGS ) | |
| COMPANY III, LTD., et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF INTENT OF BARR PHARMACEUTICALS, INC. TO FILE UNDER SEAL ITS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO STRIKE THE EXPERT REPORT OF RICHARD P. DICKEY OR IN THE ALTERNATIVE FOR LEAVE TO FILE EXPERT REBUTTAL REPORT**

Pursuant to Civil Local Rule 5.1, Paragraph 4 of the Court's Order dated November 14, 2005, and paragraph 11 of the Joint Protective Order Governing Discovery Material dated April 4, 2006, Defendant Barr Pharmaceuticals, Inc. notices its intent to file, in paper format and under seal, its Reply Memorandum in Support of its Motion to Strike The Expert Report Of Richard P. Dickey Or In The Alternative For Leave To File Expert Rebuttal Report.

2

Date:  February 9, 2007                                        Respectfully submitted,


   /s/  Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar #  430431)
Patrick M. Bryan (D.C. Bar # 490177)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia  20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*