IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-2179-CKK-AK |
| ) | |
| BARR PHARMACEUTICALS, INC., ) | Judge Colleen Kollar-Kotelly |
| ) | Magistrate Judge Alan Kay |
| Defendant. ) | |

| | |
|---|---|
| STATE OF COLORADO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-2182-CKK-AK |
| ) | |
| WARNER CHILCOTT HOLDINGS ) | Judge Colleen Kollar-Kotelly |
| COMPANY III, LTD., *et al.*, ) | Magistrate Judge Alan Kay |
| ) | |
| Defendants. ) | |

**Notice of Intent of Government Plaintiffs to File Under Seal Their Opposition to Defendants' Motions to Strike the Expert Report of Richard P. Dickey <u>or in the Alternative for Leave to File Expert Rebuttal Report</u>**

Pursuant to Civil Local Rule 5.1, Paragraph 4 of the Court's Order dated November 14, 2005), and paragraph 11 of the Joint Protective Order Governing Discovery Material dated April 4, 2006, Government Plaintiffs notice their intent to file, in paper format and under seal, (1) Government Plaintiffs' Opposition to Defendants' Motions to Strike the Expert Report of Richard P. Dickey or in the Alternative for Leave to File Expert Rebuttal Report and (2) accompanying exhibits.

Dated: February 2, 2007

    /s/
Markus H. Meier (DC Bar # 459715)
Bradley S. Albert
Thomas H. Brock (DC Bar # 939207)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 326-3759

Counsel for Plaintiff
Federal Trade Commission


    /s/
Devin M. Laiho
Assistant Attorney General
Consumer Protection Section
STATE OF COLORADO
1525 Sherman Street, 5th Floor
Denver, CO 80203
(303) 866-5079

Counsel for the Plaintiff States