IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FEDERAL TRADE COMMISSION | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-2179-CKK-AK |
| BARR PHARMACEUTICALS, INC., | ) ) | Judge Colleen Kollar-Kotelly |
| Defendant. | ) ) ) | Magistrate Judge Alan Kay |

|  |  |  |
|---|---|---|
| STATE OF COLORADO, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-2182-CKK-AK |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) ) ) | Judge Colleen Kollar-Kotelly Magistrate Judge Alan Kay |
| Defendants. | ) ) ) | |

**<u>Errata</u>**

On July 14, 2006, the Federal Trade Commission and the State of Colorado, *et al.* ("Government Plaintiffs") filed with this Court Plaintiffs' Memorandum in Support of Joint Motion to Compel Defendant Barr to Produce Documents in the above-referenced actions.[1] Exhibit 1 of the Government Plaintiffs' Memorandum inadvertently included the wrong attachment, Barr Pharmaceuticals, Inc.'s Objections and Responses to Direct Purchaser Class Plaintiffs' First Set of Requests for Production of Documents. Instead, the correct exhibit, which

---

[1]  Document No. 47 in 1-05-cv-2179; Document No. 53 in 1-05-cv-2182.

is attached, is Barr Pharmaceuticals, Inc.'s Objections and Responses to Plaintiff Federal Trade Commission's and Plaintiff States' Joint First Request for the Production of Documents. The Government Plaintiffs respectfully request that this newly-submitted attachment be substituted for the document filed as Exhibit 1 on July 14, 2006.

Dated: February 26, 2007

/s/
Markus H. Meier (DC Bar # 459715)
Bradley S. Albert
Thomas H. Brock (DC Bar # 939207)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 326-3759

Counsel for Plaintiff
Federal Trade Commission

/s/
Devin M. Laiho
Assistant Attorney General
Consumer Protection Section
STATE OF COLORADO
1525 Sherman Street, 5th Floor
Denver, CO 80203
(303) 866-5079

Counsel for the Plaintiff States