

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

March 21, 2007

**Via e-mail and website service**

Eunnice H. Eun, Esq.
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005

    Re:    Federal Trade Commission et al. v. Barr Pharmaceuticals, Inc., Civil Action No. 1:05-CV-02179-CKK (D.D.C.)

Dear Eunnice:

I am writing in response to your March 20, 2007 letter.

As you may recall, Magistrate Judge Kay had asked the parties to confer about Plaintiffs' outstanding discovery motions against Barr and then to report back about whether the issues presented by those motions could be narrowed. We expect to respond to the Court's direction early next week.

We appreciate your willingness to consider producing additional documents and data in response to our March 13, 2007 letter. However, I found your response somewhat vague in certain respects. So that we may report accurately on the progress of our communications, and identify for the Court what items, if any, remain in dispute, I ask that you clarify the following by March 23, 2007:

- Is Barr going to produce the IMS prescription, revenue, and sample data requested for the period from June 2006 - February 2007?

- Is Barr going to produce the generic contraceptive forecasts for each of Barr's contraceptive products?

- Does the transactional data related to Balziva that you hope to produce respond completely to our request for information about Barr's production of Ovcon?

- In searching for native file format data sets for the "Sampling and promotion data" and "Gross profit per product data," is Barr going to search only its existing production, or will Barr search company files that have not yet been searched or produced?

Ms. Eunnice H. Eun, Esq.
March 21, 2007
Page 2

Finally, please specify when you expect to begin and complete your production.

Thank you for your anticipated cooperation. If you wish to discuss this matter further, you may contact me at 202-326-3670.

Sincerely,

/s/

Bradley S. Albert


cc:    Karen Walker, Kirkland & Ellis, LLP
       Devin Laiho
       Contact attorneys (via website service)