# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Eunnice H. Eun
To Call Writer Directly:
202 879-5159
eeun@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200

March 23, 2007

**Via Hand Delivery and Electronic Filing Service**

Bradley S. Albert
Federal Trade Commission
601 New Jersey Avenue NW
Room 360
Washington, DC  20850

Re: *Federal Trade Commission, et al. v. Barr Pharmaceuticals, Inc.*
Civil Action Nos. 1:05-cv-02179-CKK; 1:05-cv-02182-CKK (D.D.C.)

Dear Brad:

Enclosed are two CDs that contain our 11th supplemental production, Bates stamped BARR-OVCON-837711 through BARR-OVCON-841485. Please note that these documents are being produced in accordance with the Joint Protective Order.

We will respond to your March 21, 2007 letter shortly.

Sincerely,

Eunnice H. Eun

Enclosures
cc:   Contact Attorneys via FedEx and DealRoom