

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

March 29, 2007

**Via e-mail and website service**

Eunnice H. Eun, Esq.
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005

   Re: Federal Trade Commission et al. v. Barr Pharmaceuticals, Inc.
     Civil Action No. 1:05-CV-02179-CKK (D.D.C.)

Dear Eunnice:

I am writing again as a follow-up to the March 1, 2007 hearing before Magistrate Judge Kay.

We are getting ready to update the Court about the parties' efforts to narrow the issues presented by Plaintiffs' pending discovery motions against Barr. We had hoped to include in this update Barr's response to the questions raised in our March 21, 2007 letter about the additional documents and data, if any, that Barr would agree to produce. Having received no such response from Barr, however, we apparently have no choice but to proceed without it.

Sincerely,

/s/

Bradley S. Albert

cc: Karen Walker, Kirkland & Ellis, LLP
   Devin Laiho
   Contact attorneys (via website service)