

UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
WASHINGTON, D.C. 20580

April 2, 2007

**Via e-mail and website service**

Eunnice H. Eun, Esq.
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005

    Re:    Federal Trade Commission et al. v. Barr Pharmaceuticals, Inc.
              Civil Action No. 1:05-CV-02179-CKK (D.D.C.)

Dear Eunnice:

I am writing to follow up our telephone conversation on March 26, 2007 regarding Barr's 11th supplemental production, produced to the FTC on March 23, 2007.

I have now reviewed the production. As we discussed, the production does not include custodian information or an index. Please provide us with custodian information or an index as soon as possible.

Only a small percentage of the documents included in Barr's supplemental production were created after the close of discovery in November 2006. Indeed, many of the documents were created years ago. (*See, e.g.,* BARR-OVCON 837758-837759 (e-mail dated October 31, 2001), BARR-OVCON 837760 (e-mail dated September 14, 2001)). Please provide an explanation as to why Barr is producing these "old" documents now, more than four months after the close of discovery.

Thank you, in advance, for your response.

Sincerely,

/s/

Garth W. Huston

cc:    Contact attorneys (via website service)