IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **WARNER CHILCOTT HOLDINGS CO. III, LTD.,** *et al.*, <br><br> Defendants. | Civ. Action No. 1:05-cv-02179-CKK-AK <br><br> Civ. Action No. 1:05-cv-02182-CKK-AK <br><br> Judge Colleen-Kollar-Kotelly <br><br> Magistrate Judge Alan Kay |

**RESPONSE OF BARR PHARMACEUTICALS, INC. TO
GOVERNMENT PLAINTIFFS' REPORT REGARDING DISCOVERY DISPUTES**

Barr hereby responds to the April 13, 2007 Report of the Government Plaintiffs regarding remaining discovery issues. In sum, Barr submits that, in light of its March 23, 2007 and April 20, 2007 productions of native file spreadsheets and similar documents requested by Government Plaintiffs, their Report and pending requests are moot.

At the March 1, 2007 hearing before the Court, Barr described the voluminous discovery that had already been provided to the Government Plaintiffs regarding Ovcon, the product at issue in this lawsuit, regarding other oral contraceptive products, as well as the native file format documents that had been produced when requested by Government Plaintiffs.

The Court specifically requested that the Government Plaintiffs specify with particularity "what it is [Government Plaintiffs are] looking for" that has not been provided. (Mar. 1, 2007 Transcript of Hearing on Discovery Motions Before Magistrate Judge Kay ("Hearing Tr.") at 63.) After that hearing, as Government Plaintiffs note, they addressed five categories of information, although in many cases not specifically identifying the native file format documents they requested, as Government Plaintiffs had indicated in September they would do if further

native file format documents were necessary. (*See* Mar. 13, 2007 Letter from B. Albert to K. Walker, attached as Ex. 1 to Government Plaintiffs' Report to Magistrate Judge Kay ("Gov't Pls.' Report").) Although Government Plaintiffs did not specify by Bates number the particular documents they wanted Barr to produce in native file format, Barr expressed that it was "confident that [it] will be able to provide a significant amount of information sought in electronic format." (See Mar. 20, 2007 Letter to B. Albert to E. Eun, attached as Ex. 2 to Gov't Pls.' Report.) Government Plaintiffs requested various types of spreadsheets and Barr has accommodated those requests.

In fact, Barr produced such additional documents to Government Plaintiffs on March 23, 2007, s*ee* Mar. 23, 2007 Letter to B. Albert from E. Eun, attached as Ex. 4 to Gov't Pls.' Report.), and again on April 20, 2007. (*See* Apr. 20, 2007 Letter to B. Albert from E. Eun, attached as Ex. A.) These productions consisted of nearly 60,000 pages of additional documents, and over 19,000 pages of Excel spreadsheets in native file format that Government Plaintiffs requested or that are similar to those Government Plaintiffs requested, as specified in their March 13, 2007 and March 21, 2007 letters, and in Government Plaintiffs' Report. Specifically, Barr produced the sampling and promotion data, gross profit data, and contraceptive product forecasts for the relevant period (categories 1, 2, and 3) in native file format for the periods that such existed. Barr likewise produced IMS data (category 4) up to the date specified where such IMS data was present in Barr's files (*i.e.*, Barr is required to produce data that exists, but not required to conduct searches and compile new data that did not exist in its files). Finally, Barr has produced its launch, production and sales data for Balziva (category 5). Government Plaintiffs demanded production by April 27, 2007 — in fact, Barr produced this information by **April 20, 2007.**

Therefore, Barr believes that it has produced the documents and data requested by Government Plaintiffs and respectfully requests that the Court rule that the pending discovery matters between Government Plaintiffs and Barr are mooted by Barr's response.

Date:   April 25, 2007              Respectfully submitted,

*/s/ Karen N. Walker*
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Patrick M. Bryan (D.C. Bar # 490177)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, D.C.  20005
(202) 879-5000
(202) 879-5200 (fax)

**Attorneys for Defendant Barr Pharmaceuticals, Inc.**