# Exhibit A

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Eunnice H. Eun
To Call Writer Directly:
202 879-5159
eeun@kirkland.com

202 879-5000

www.kirkland.com

Facsimile:
202 879-5200
Dir. Fax: 202 654-9484

April 20, 2007

**Via Hand Delivery and Electronic Filing Service**

Bradley S. Albert
Federal Trade Commission
600 Pennsylvania Avenue NW
Room 360
Washington, DC 20850

Re:   *Ovcon Antitrust Litigation*

Dear Brad,

Enclosed are three DVDs that contain our 12th supplemental production, Bates-stamped BARR-OVCON-841486 through BARR-OVCON-895690, BARR-OVCON-NF-000001 through BARR-OVCON-NF-012999, and BARR-OVCON-NF-013000 through BARR-OVCON-NF-019125. This production includes Excel spreadsheets in native file format that you requested or that are similar to those you requested in your Mar. 13, 2007 letter to Karen Walker, your Mar. 21, 2007 letter to me, and your Apr. 13, 2007 Report to Magistrate Judge Kay Regarding Pending Discovery Disputes with Barr Pharmaceuticals, D.E. # 123. Please note that these documents are being produced in accordance with the Joint Protective Order.

Also, please find enclosed an updated source log. This log is updated through our 11th supplemental production made on March 23, 2007.

Sincerely,

*Eunnice H. Eun/kmf*

Eunnice H. Eun

Enclosures

cc:   Contact Attorneys via DealRoom

Chicago    Hong Kong    London    Los Angeles    Munich    New York    San Francisco