UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---
FEDERAL TRADE COMMISSION,)
*et al.*,                )
       Plaintiffs,    )
                )
   v.         )   Civil Action Nos. 05-2179 (CKK/AK)
                )                 05-2182 (CKK/AK)
WARNER CHILCOTT HOLDINGS )
COMPANY III, LTD., *et al.*,   )
       Defendant*s*.   )
---

**ORDER**

Pending before the Court are Plaintiffs' Joint Motion to Compel Defendant Barr to Produce Documents [47/53] and Plaintiffs' Expedited Motion to Compel Defendant Barr to Comply with Rule 34(b), Fed. R. Civ. P. [54/62]. This Court held a hearing, on March 1, 2007, to consider both Motions, and as a result thereof, the Court instructed the Plaintiffs to work with Defendant Barr Pharmaceuticals ("Barr") to narrow and clarify their discovery requests. On April 13, 2007, Plaintiffs filed their Report of Government Plaintiffs to Magistrate Judge Kay Regarding Pending Discovery Disputes with Barr Pharmaceuticals ("Report") [117/123]. On April 25, 2007, Defendant Barr responded to the Report by filing a Response of Barr Pharmaceuticals to Government Plaintiffs' Report Regarding Discovery Disputes ("Response") [118/124], in which Barr indicated that "in light of its March 23, 2007 and April 20, 2007 productions of native file spreadsheets and similar documents requested by Government Plaintiffs, their Report and pending requests are moot." (Response [118/124] at 1.) The Court notes that the Government Plaintiffs have not indicated any disagreement with Barr's contention

that it has complied with the discovery requests, and these two motions are now moot.

Accordingly, it is this 14th day of May, 2007,

ORDERED that the Plaintiffs' Joint Motion to Compel Defendant Barr to Produce Documents [47/53] is denied as moot.  It is further

ORDERED that Plaintiffs' Expedited Motion to Compel Defendant Barr to Comply with Rule 34(b), Fed. R. Civ. P. [54/62] is denied as moot.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE