IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-2179-CKK-AK |
| | ) | |
| BARR PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| STATE OF COLORADO, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-2182-CKK-AK |
| | ) | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Supplemental Report of Government Plaintiffs to Magistrate Judge Kay
Regarding Discovery Disputes With Barr Pharmaceuticals**

Earlier today, the Court dismissed the Government Plaintiffs' motions to compel as moot based on Barr's representation that "it has complied with the discovery requests" and that the "Government Plaintiffs have not indicated any disagreement with Barr's contention." Order, at 1. The Government Plaintiffs respectfully advise the Court that, in our view, the motions to compel are not moot because Barr has failed to produce some of the discrete set of documents we

had requested in our March 13, 2007 letter (and identified to the Court in our Report of April 13, 2007).[1]

In a letter to Barr dated March 13, 2007, Plaintiffs requested a limited set of information in five discrete categories.[2] The information requested by Plaintiffs is relevant to the prosecution of the case, and either was not produced by Barr or was previously produced in an unusable format. In response to Plaintiffs' five narrow requests, Barr produced approximately 60,000 pages of imaged documents and more than 19,000 Excel spreadsheets. Unfortunately, many of the documents Barr produced have nothing to do with our requests and are completely irrelevant to this litigation. For example,

- More than 3,000 documents and 35,000 pages consist of imaged spreadsheets containing IMS data. As we previously informed Barr and the Court, images of data spreadsheets are completely unusable, which is why we requested the data only in native-file format.

- In addition, some of the 19,000 Excel spreadsheets Barr produced contain data for products completely unrelated to the contraceptive area, including data on drugs to treat diabetes, rheumatoid arthritis, malaria, and a variety of other medical conditions.

As a result, we only recently completed our review. While Barr appears to have produced some of the materials we requested, we have been unable to locate in Barr's production other

---

[1] *See* Report of Government Plaintiffs to Magistrate Judge Kay Regarding Pending Discovery Disputes With Barr Pharmaceuticals (Apr. 13, 2007) (attached as Exhibit 2).

[2] Letter from Bradley S. Albert to Karen N. Walker (Mar. 13, 2007) (attached as Exhibit 1).

requested data and documents. Specifically, we believe that Barr has not provided the following information relating to two of the requested categories:

<u>IMS Prescription and Revenue Data</u>

- For the period June 2006 through February 2007, IMS data, in native file format, for all products in the combined hormonal contraceptive category, including: dollar and unit sales (DOL TOT and EA TOT from the National Sales Perspectives) and samples distributed (SMP and EUSMP from the IMS Promotion Services Audit.

<u>Ovcon Product Information</u>

- Information sufficient to show Warner Chilcott's Ovcon purchase orders from Barr;

- Information sufficient to show Warner Chilcott's requested delivery dates for its orders of Ovcon from Barr;

- Information sufficient to show Barr's deliveries of Ovcon to Warner Chilcott;

- Information sufficient to show Barr's actual delivery dates of Ovcon to Warner Chilcott.

We had not reported to the Court earlier about this existing dispute because we have been trying diligently to work it out with Barr, independent of the Court's involvement.[3] *See* May 3, 2007 letter from Garth W. Huston to Eunnice H. Eun ("It would facilitate our review of Barr's voluminous production, and expedite our ability to respond to Magistrate Judge Kay if you would identify those documents that are responsive to the third and fifth discrete requests in our March 13 letter (i.e., the generic contraceptive forecasts and Ovcon production information.)")

---

[3] Ironically, we had intended to file a report with the Court today, disputing Barr's contention that the motions to compel were moot. *See* letter from Garth W. Huston to Patrick M. Bryan (May 10, 2007) ("We plan to submit our reply to Magistrate Judge Kay by the end of the day on Monday, May 14," and unless Barr responds to our requests "we will inform the Court that, in our view, our motion to compel is not moot.") (attached as Exhibit 6).

3

(attached as Exhibit 3); May 7, 2007 letter from Garth W. Huston to Eunnice H. Eun ("In order for us to accurately report to Magistrate Judge Kay, I ask you to clarify" whether Barr has produced certain categories of information) (attached as Exhibit 4); May 10, 2007 letter from Garth W. Huston to Patrick M. Bryan ("we have not been able to locate certain materials we requested in our March 13, 2007 letter. We have twice attempted to clarify whether Barr has in fact produced these materials. As we complete our filing to Magistrate Judge Kay, we will try one last time.") (attached as Exhibit 6). Despite numerous opportunities to clarify the scope of its production, however, Barr has refused to either confirm that its production is complete or commit to producing the missing information.[4]

Accordingly, we respectfully request that the Court:

1. Determine that the Governments' Motions to Compel are not moot;

2. Order Barr to produce all information identified above, as set forth in the May 10, 2007 letter from Garth W. Huston to Patrick M. Bryan; and

3. Set a deadline of May 25, 2007 for Barr to produce the information.

---

[4] See letter from Patrick M. Bryan to Garth W. Huston (May 8, 2007) (attached as Exhibit 5); letter from Patrick M. Bryan to Garth W. Huston (May 11, 2007) (attached as Exhibit 7); letter from Garth W. Huston to Patrick M. Bryan (May 14, 2007) (attached as Exhibit 8).

Respectfully submitted,

Dated: May 14, 2007

_____/s/_____
Markus H. Meier (DC Bar # 459715)
Bradley S. Albert
Thomas H. Brock (DC Bar # 939207)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, D.C. 20001

(202) 326-3759

Counsel for Plaintiff
Federal Trade Commission


_____/s/_____
Devin M. Laiho
Assistant Attorney General
Consumer Protection Section
STATE OF COLORADO
1525 Sherman Street, 5th Floor
Denver, CO 80203
(303) 866-5079

Counsel for the Plaintiff States