# EXHIBIT 1



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

March 13, 2007

**Via e-mail and website service**

Karen N. Walker, Esq.
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005

    Re:    Federal Trade Commission et al. v. Barr Pharmaceuticals, Inc., Civil Action No.
            1:05-CV-02179-CKK (D.D.C.)

Dear Karen:

I am writing as a follow-up to the March 1, 2007 hearing before Magistrate Judge Kay on the FTC's and States' outstanding discovery motions against Barr. As requested by Magistrate Judge Kay, we have worked diligently to identify specific documents and data that are responsive to our document requests, relevant to the prosecution of our case, and that Barr either did not produce, or did not provide in a usable format. We identify this information below:

> ***Sampling and Promotion data:*** Barr-Ovcon-037939 is a four-thousand page spreadsheet which contains IMS data for various therapeutical drug classes, including contraceptives, including information about: new prescriptions, total prescriptions, dollars, extended units, samples and promotional dollars. In its current format, this spreadsheet is completely unusable. In its native format, though, this data can provide information about how sampling and promotion operate in the contraceptive category. We ask that you provide this spreadsheet and other similar spreadsheets, in native file format, necessary to provide a complete data set from January 2000 - December 2006. (*See* Plantiffs' Request for Documents, Nos. 32, 34).
>
> ***Gross Profit per product data:*** Barr-Ovcon-150893 is a 239 page spreadsheet, entitled "Gross profit per product," that includes information necessary to calculate net sales from gross sales. We ask that you provide this spreadsheet and similar spreadsheets, in native file format, necessary to provide a complete data set from January 2000 - December 2006. (*See* Plantiffs' Request for Documents, Nos. 26, 34).
>
> ***Generic contraceptive forecasts:*** Barr-Ovcon-005073 is an example of a sales and production forecast for one of Barr's generic oral contraceptive products. Based on our review of Barr's production, we do not believe that we received similar documents for each of Barr's oral contraceptive products. We ask that you produce a copy of Barr's

Karen N. Walker, Esq.
March 13, 2007
Page 2

    sales and production forecasts for each of Barr's contraceptive products. (*See* Plantiffs' Request for Documents, Nos. 36, 42).

    ***IMS prescription and revenue data:*** Since Barr completed its document and data production, there have been some entry events in the contraceptive category, including Barr's introduction of its generic version of Ovcon. Consistent with Barr's continuing obligation to supplement its discovery responses,[1] we ask that Barr provide, for the period June 2006 thru February 2007, IMS data, in native file format, for all products in the combined hormonal contraceptive category, including: total prescriptions and new prescriptions (TRx and NRx from the National Prescription Audit), dollar and unit sales (DOL TOT and EA TOT from the National Sales Perspectives), and samples distributed (SMP and EUSMP from the IMS Promotion Services Audit). (*See* Plantiffs' Request for Documents, No. 32).

    ***Ovcon production information:*** We ask that you supplement your prior document response, and provide the following information about Barr's production of Ovcon thru February 2007:

- data sufficient to show by month, the number of Ovcon units produced by Barr; the number of Ovcon units sold by Barr to Warner Chilcott pursuant to the Ovcon supply agreement (separately for units to be sold by Warner Chilcott as Ovcon, and units to be sold by Watson as an authorized generic version of Ovcon); and the number of Ovcon units packaged and sold by Barr as Balziva.

- information sufficient to assess Barr's performance under the Ovcon supply agreement, including Warner Chilcott's purchase orders for Ovcon; Warner Chilcott's requested delivery dates; Barr's deliveries of Ovcon to Warner Chilcott, and Barr's actual delivery dates. (*See* Plantiffs' Request for Documents, Nos. 15, 17, 18, 26).

---

[1] *See* 8 Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 2049.1 (2007) (imposing a broad requirement on parties to update their earlier disclosures and discovery responses); *Gaytan v. Kapus*, 181 F.R.D. 573, 579 (N.D. Ill. 1998) (requiring defendant to supplement discovery even after discovery has closed).

Karen N. Walker, Esq.
March 13, 2007
Page 3

As is apparent from this abbreviated list, we have made every effort to limit substantially the information we seek that is responsive to our document request and subject to the outstanding motions to compel. We ask that let us know by March 19, 2007 whether you will agree to produce the information identified above.

Sincerely,

/s/

Bradley S. Albert


cc:    Devin Laiho
       Contact attorneys (via website service)