# EXHIBIT 3



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

May 3, 2007

**VIA E-MAIL AND WEBSITE SERVICE**

Eunnice H. Eun, Esq.
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005

    Re:    Federal Trade Commission v. Barr Pharmaceuticals, Inc.,
            Civil Action No. 1:05-cv-2179-CKK (D.D.C.)

Dear Eunnice:

    We have reviewed Barr's submission to Magistrate Judge Kay, but are not yet prepared to comment on Barr's assertion that our pending requests are now moot.

    It is certainly true that Barr's recent document productions have been – as you describe them – "voluminous." Despite our narrow requests for five discrete categories of material, Barr has produced more than 4,500 imaged documents totaling nearly 60,000 pages, and more than 19,000 Excel spreadsheets. We have been working diligently to review these productions. Complicating our review, however, is the sheer volume of these productions and the fact that many of the documents Barr produced do not appear responsive to our requests. For example:

- Massive chunks of Barr's productions – more than 3,000 documents and 35,000 pages identified so far – consist of imaged spreadsheets containing IMS data.[1] As we previously indicated, images of data spreadsheets are unusable; that is why we requested the data only in native-file format.[2]

- Some of the 19,000 Excel spreadsheets Barr produced contain data for products completely unrelated to the contraceptive area, including data on drugs to treat

---

[1]     *See, e.g.*, BARR-OVCON-845056 through 855263, 862217 through 863697, 863703 through 864650, 864660 through 869585, 871713 through 875608, 875613 through 880498, and 880629 through 889051.

[2]     *See* Letter from Bradley S. Albert to Karen N. Walker (March 13, 2007).

Eunnice H. Eun, Esq.
May 3, 2007
Page 2

> diabetes, rheumatoid arthritis, malaria, and a variety of other medical conditions.[3] These documents are not responsive to our requests, and irrelevant to this litigation.

- In addition, Barr produced many other spreadsheets that are wholly unrelated to the information we requested in our March 13 letter.[4]

We are still sorting through this mass to determine whether it includes the information we requested in our letter dated March 13, 2007. To date we have found little, if any, information responsive to our requests for generic contraceptive forecasts and information relating to Barr's production of Ovcon. In fact, Barr's characterization in its response to Magistrate Judge Kay of our last category as limited to "launch, production and sales data for Balziva" suggests that the production to date may not be complete. The fifth and final category from our March 13 letter is not so limited, and also requests information and documents relating to Barr's sales to Warner Chilcott under the supply agreement between the parties, no matter who ultimately sells the product in the market.

It would facilitate our review of Barr's voluminous production, and expedite our ability to respond to Magistrate Judge Kay if you would identify those documents that are responsive to the third and fifth discrete requests in our March 13 letter (i.e., the generic contraceptive forecasts and Ovcon production information). We plan to respond to your submission to Magistrate Judge Kay once we complete our review of Barr's production and determine whether Barr has produced the documents and data requested. Meanwhile, please feel free to give me a call if you have any questions.

Sincerely,

/s/

Garth W. Huston

cc:   Contact Attorneys (via website service)

---

[3]   *See, e.g.,* BARR-OVCON-NF-000034 (IMS data on Metformin and Glucophage); BARR-OVCON-NF-000059 (IMS data on Adderall); BARR-OVCON-NF-000085 (IMS data on Mefloquine and Lariam (anti-malaria drugs)); BARR-OVCON-NF-000087 (IMS data on Trexall, Methotrexate, and Rheumatrex (drugs for rheumatoid arthritis)); BARR-OVCON-NF-000095 (IMS data on hormone replacement therapy products); BARR-OVCON-NF-000194 (IMS data on Niaspan).

[4]   *See, e.g.,* BARR-OVCON-NF-003981 (spreadsheet that appears to identify teams of Barr employees who are working on different products); BARR-OVCON-NF-004115 (spreadsheet that appears to be a research and development project time worksheet).