# EXHIBIT 5

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

(202) 879-5000

www.kirkland.com

Patrick M. Bryan
To Call Writer Directly:
(202) 879-5285
pbryan@kirkland.com

Facsimile:
(202) 879-5200
Dir. Fax: (202) 654-9585

May 8, 2007

**VIA EMAIL & ELECTRONIC SERVICE**

Garth W. Huston
Bureau of Competition
Federal Trade Commission
Washington, DC  20580

Dear Garth:

I write in response to your letter of May 7th to Eunnice Eun.

The Court specifically requested that the Government Plaintiffs specify with particularity "what it is [Government Plaintiffs are] looking for" that has not been provided. (Mar. 1, 2007 Transcript of Hearing on Discovery Motions Before Magistrate Judge Kay at 63.) Government Plaintiffs, however, now apparently ask that Barr provide confirmation that the Government Plaintiffs have what they are "looking for." Accordingly, your request is neither consistent with the Court's instructions, nor Barr's obligations under the Federal Rules.

In any event, we believe that we have provided responsive data on all Ovcon/Balziva units sold in both the most recently produced transactional database and in earlier productions. We will look into whether we can prepare for you a unified transactional database as to the product supplied as we did for the generic product, although we do not believe we are required to do so.

Best regards,

Patrick M. Bryan

cc:   Karen N. Walker
      Eunnice Eun

PMB/bm