# EXHIBIT 6



UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Garth W. Huston, Esq.
Bureau of Competition
Direct Line (202) 326-3695

May 10, 2007

**VIA E-MAIL AND WEBSITE SERVICE**

Patrick M. Bryan, Esq.
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth Street, N.W.
Washington, D.C. 20005

  Re: Federal Trade Commission v. Barr Pharmaceuticals, Inc.
     Civil Action No. 1:05-cv-2179-CKK (D.D.C.)

Dear Patrick:

  I write in response to your letter dated May 8, 2007.

  As I mentioned in my letter dated May 7, 2007, the FTC requested five discrete categories of material.[1] Barr responded to our narrow request by dumping approximately 60,000 pages of imaged documents and 19,000 spreadsheets.[2] We scoured through Barr's entire production, yet we found that many of the documents Barr produced were not responsive to our requests. Moreover, we have not been able to locate certain materials we requested in our March 13, 2007 letter. We have twice attempted to clarify whether Barr has in fact produced these materials.[3] As we complete our filing to Magistrate Judge Kay, we will try one last time.

---

[1]  See Mar. 13, 2007 letter from Bradley S. Albert to Karen N. Walker.

[2]  See Apr. 20, 2007 letter from Eunnice H. Eun to Bradley S. Albert (12th supplemental production); Mar. 23, 2007 letter from Eunnice H. Eun to Bradley S. Albert (12th supplemental production).

[3]  See May 3 and May 7, 2007 letters from Garth W. Huston to Eunnice H. Eun.

Patrick M. Bryan, Esq.
May 10, 2007
Page 2

1. Did Barr produce information sufficient to show Warner Chilcott's Ovcon purchase orders from Barr?

2. Did Barr produce information sufficient to show Warner Chilcott's requested delivery dates for its orders of Ovcon from Barr?

3. Did Barr produce information sufficient to show Barr's deliveries of Ovcon to Warner Chilcott?

4. Did Barr produce information sufficient to show Barr's actual delivery dates of Ovcon to Warner Chilcott?

5. Did Barr produce, for the period June 2006 through February 2007, IMS data, in native file format, for all products in the combined hormonal contraceptive category, including: dollar and unit sales (DOL TOT and EA TOT from the National Sales Perspectives) and samples distributed (SMP and EUSMP from the IMS Promotion Services Audit)?

We plan to submit our reply to Magistrate Judge Kay by the end of the day on Monday, May 14. Unless you confirm before then that you have produced all of the information listed above and you identify the appropriate Bates ranges for this information, we will inform the Court that, in our view, our motion to compel is not moot.

Finally, Barr has yet to produce a source log for its 12th supplemental production. Please provide the source log.

Please contact me if you have any questions.

Sincerely,

/s/

Garth W. Huston

cc:   Contact Attorneys (via website service)