IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-2179-CKK-AK |
| | ) | |
| BARR PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| STATE OF COLORADO, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-2182-CKK-AK |
| | ) | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Potential Discovery Dispute Between
Government Plaintiffs and Barr Pharmaceuticals, Inc.**

As instructed by the Court at the April 16, 2007 status conference, Government Plaintiffs inform the Court that we believe a discovery issue still exists with Defendant Barr.

On April 13, 2007, Plaintiffs filed a report with Magistrate Judge Kay regarding pending discovery disputes. On April 25, 2007, Barr filed a response indicating that it had complied with the Government Plaintiffs' discovery requests. On May 14, 2007, Magistrate Judge Kay dismissed all remaining discovery issues as moot because "Government Plaintiffs have not

indicated any disagreement with Barr's contention that it has complied with the Government Plaintiffs discovery requests"[1]

Later that day, however, Government Plaintiffs filed a supplemental report advising the Court that, in our view, the discovery requests were not moot because Barr failed to produce some of the documents identified in Government Plaintiffs' April 13, 2007 report.[2]  As we explained to Magistrate Judge Kay, "we had not reported to the Court earlier about this existing dispute because we ha[d] been trying diligently to work it our with Barr, independent of the Court's involvement."

Barr disagrees with Government Plaintiffs' position.  In its response to Magistrate Judge Kay, Barr maintains that it has produced the documents and data requested by the Government Plaintiffs, and, therefore, that the motions to compel are moot.[3]  We have not heard from Magistrate Judge Kay whether, in light of our recent supplemental report, he intends to consider further the resolution of the pending discovery issues.

---

[1]   *See* Order at 1-2.

[2]   *See* Supplemental Report of Government Plaintiffs to Magistrate Judge Kay Regarding Discovery Disputes with Barr Pharmaceuticals.

[3]   *See* Barr Pharmaceutical Inc.'s Response to Government Plaintiffs's Supplemental Report to Magistrate Judge Kay.

Dated: May 30, 2007

\_\_\_\_\_/s/_____
Markus H. Meier (DC Bar # 459715)
Bradley S. Albert
Thomas H. Brock (DC Bar # 939207)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, D.C. 20001


(202) 326-3759

Counsel for Plaintiff
Federal Trade Commission


\_\_\_\_\_/s/_____
Devin M. Laiho
Assistant Attorney General
Consumer Protection Section
STATE OF COLORADO
1525 Sherman Street, 5th Floor
Denver, CO 80203
(303) 866-5079

Counsel for the Plaintiff States