IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BARR PHARMACEUTICALS, INC., )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 1:05-CV-2179-CKK |

**JOINT STATUS REPORT**

Pursuant to the Court's instruction at the June 13, 2007 status conference, as modified by the Minute Order entered on July 16, 2007, plaintiff Federal Trade Commission and defendant Barr Pharmaceuticals, Inc. submit this report updating the Court on the status of the case.

While the parties have diligently engaged in productive settlement discussions and narrowed substantially the areas of disagreement, we have not yet reached an agreement in principle to resolve this matter. At this point, while we expect settlement discussions to continue, we believe it would be productive for the Court to set a briefing schedule for summary judgment motions. We propose the following schedule:

| | |
|---|---|
| October 17, 2007 | Motions for summary judgment |
| November 14, 2007 | Oppositions to motions for summary judgment |
| December 3, 2007 | Replies to motions for summary judgment |

Dated: July 27, 2007                    Respectfully submitted,

    /s/
Markus H. Meier (DC Bar # 459715)
Bradley S. Albert
James E. Rhilinger (DC Bar # 472255)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, D.C. 20001
(202) 326-3759

*Counsel for Plaintiff*
*Federal Trade Commission*


    /s/
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
Patrick M. Bryan (D.C. Bar # 490177)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, District of Columbia  20005
Telephone: (202) 879-5000
Facsimile: (202) 979-5200

*Counsel for Barr Pharmaceuticals, Inc.*