IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>BARR PHARMACEUTICALS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 1:05-CV-2179-CKK-AK<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 83.6, Plaintiff Federal Trade Commission respectfully gives notice to the Court of the following change in counsel.

Garth W. Huston withdraws as counsel for the Federal Trade Commission. Mr. Huston, who entered an appearance on August 31, 2006, is no longer employed at the Federal Trade Commission.

Respectfully submitted,

Dated: August XX, 2007

/s/
Markus H. Meier (DC Bar # 459715)
Bradley S. Albert
Thomas H. Brock (DC Bar # 939207)
Federal Trade Commission
601 New Jersey Avenue, N.W.
Washington, D.C. 20580
(202) 326-3759

Counsel for Plaintiff
Federal Trade Commission

Dated: August XX, 2007

/s/
Garth W. Huston