IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, )<br><br>Plaintiff )<br><br>v. )<br><br>BARR PHARMACEUTICALS, INC., )<br><br>Defendant. )<br>_____ ) | Civil Action No.     1:05-CV-2179-CKK |

**JOINT MOTION TO STAY LITIGATION**

Plaintiff Federal Trade Commission and defendant Barr Pharmaceuticals, Inc. have reached an agreement in principle to settle this matter.  The parties have conferred, and jointly request that the Court stay the pending summary judgment briefing schedule in the above-captioned matter until further order of the Court, while the parties work to finalize this agreement.

Dated: September 28, 2007                    Respectfully submitted,


                                             _____/s/_____
                                             Markus H. Meier (DC Bar # 459715)
                                             Bradley S. Albert
                                             James E. Rhilinger (DC Bar # 472255)
                                             Federal Trade Commission
                                             601 New Jersey Avenue, N.W.
                                             Washington, D.C. 20001
                                             (202) 326-3759

                                             *Counsel for Plaintiff*
                                             *Federal Trade Commission*

                                             _____/s/_____
                                             Karen N. Walker (D.C. Bar # 412137)
                                             Mark L. Kovner (D.C. Bar # 430431)
                                             Chong S. Park (D.C. Bar # 463050)
                                             Patrick M. Bryan (D.C. Bar # 490177)
                                             KIRKLAND & ELLIS LLP
                                             655 Fifteenth Street, N.W.
                                             Washington, District of Columbia 20005
                                             Telephone: (202) 879-5000
                                             Facsimile: (202) 979-5200

                                             *Counsel for Barr Pharmaceuticals, Inc.*

2